

# UNITED STATES DISTRICT COURT for
## THE Northern District of Illinois
### Eastern Division

# FILED

**JUL 28 2022**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

| | | |
|---|---|---|
| Bess, Kimberly aka Kimberly Bess | ) | In the interest of Justice |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 1:22-cv-03939 |
| v. | ) | Case No: Judge Martha M. Pacold |
| | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | CLAIM RANDOM |
| | ) | |
| | ) | |
| STATE OF ILLINOIS | ) | Trial by Jury |
| Ernest J Codilis Jr., Attorney | ) | |
| Jason Shulman, Attorney | ) | |
| Julie DeJong, Attorney | ) | |
| James J Bernhard, Attorney | ) | Complaint for Constitutionally Protected Rights |
| William B. Sullivan, Judge | ) | |
| The Bank of New York Mellon | ) | Violations of Title 42 USC 1983 Civil Action |
| Codilis and Associates, P.C., | ) | |
| Carrington Mortgage Services, LLC | ) | |
| SEEM GROUP c/o ANTONIO ESPINOZA, | ) | |
| Pamela Murphy – Boylan | ) | |
| Judicial Sales Corporation | ) | |
| Marshall Thompson of MMT Services | ) | |
| And any other THIRD PARTY BUYERS | ) | |
| | ) | |
| **_____ Defendant(s)** | | |

## 26- MILLION DOLLAR CLAIM UNDER 42 U.S. CODE SEC. 1983 ACTION FOR DEPRIVATION OF CIVIL RIGHTS, VIOLATION OF DUE PROCESS, CONSPIRACY TO COMMIT REAL ESTATE DEED FRAUD, FORGERY, WRONGFUL FORECLOSURE, AND BREACH OF CONTRACT THIS CLAIM IS ALSO FOR OBSTRUCTION OF THE ADMINISTRATION OF JUSTICE

[ "Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

Take NOTICE Plaintiff Kimberly Bess, to file her Claim against the defendant's. The claim will be brought forward in Common Law, "Administrative Law," "Law," "Equity," and Under the Uniform Commercial Code. This 42 U.S. Code Sec. 1983 Civil Action Claim is for Depravation of Civil Right Under Color of Law, conspiracy to commit real estate deed fraud, and forgery. This case is brought to enforce constitutional rights under 42 U.S.C. § 1983, conspiracy statutes under Federal Law.

### 42 U.S. Code § 1983 - Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be a statute of the District of Columbia.

## JURISDICTION:

**1.** The Judiciary Act, though, Congress placed admiralty under the jurisdiction of the federal district courts.

**2.** This court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. 1331, which provides district courts with jurisdiction over civil actions arising under the United States Constitution or laws of the United States.

**3.** This court has original jurisdiction of any civil action authorized by law pursuant to 28 U.S.C. 1343 and 1985.

**4.** Venue is proper pursuant to 28 U.S.C. 1391(b) because the events giving rise to the allegations in this complaint occurred in this district.

**5.** Federal court has jurisdiction over this case based on the following reasons:

a. 42 USC 1983 civil rights claim is Constitutional dispute.

b. The plaintiff filed a claim against the state court judge, whereby other state court judges would have a conflict of interest.

c. The state is guilty of real estate deed fraud which is verified by the day-to-day process of registering homeowners' property deeds in their office.

d. The state is in control of the plaintiff's property deed when there is no law that forced the plaintiff to register her property.

e. The state is paying the judge and providing a pension, 401-k, and so other state court judges will have a conflict to hear this case in state court.

**6.** The State is the real party responsible for the foreclosure on the plaintiff's property using state-licensed sub-agencies to do the dirty work.

**7.** The amount of damage is over what the state court has jurisdiction to rule on.

**8.** The defendants violated Federal Laws. Further, under Federal Rule 13(f), the courts have power, which has been liberally exercised, to permit amendments to assert a compulsory counterclaim that has been omitted. *McDonald's Corp. v. Levine*, 108 Ill. App. 3d 732, 750 (Ill. App. Ct. 2d Dist. 1982). In a deserving case it is even possible to reopen the judgment under Federal Rule 60(b), and allow pleading of the omitted compulsory counterclaim after the first action has been terminated. *Id*.

**9.** The defendants violate the plaintiff's right to due process in state court whereby is liable under 42 U.S.C 1983 a federal civil rights statute.

**10.** There is no other court available for remedy.

## STATEMENT OF ALLEGATIONS:

**11.** On May 5, 2019 Plaintiff, Kimberly Bess, heir is "Successor in Interest" confirmed upon the transition of her mother Barbara A Smith by Carrington Mortgage Servicing Corporation. **See attached (Exhibit A)** Plaintiff, gave notice of errors which entailed a Notice of Non Response and also Notice of Default, with certification of mailing.

**A.** Statements of Facts:

1. On or about May 3, 2021 a NOTICE OF ACCEPTANCE UPON VERIFICATION No. 70163560000023871845 delivered by the USPS on May 5, 2021
2. On or about June 16, 2021 a NOTICE OF NON RESPONSE/NOTICE OF FAULT No, 70163560000023871852 delivered by the USPS on June 16, 2021

**B.** Statement of Facts:

1. On or about  December 20, 2021 a NOTICE OF ACCEPTANCE UPON VERIFICATION Certification No. 70172400000046780330 delivered by the United States Post Office on December 24, 2021,
2. On or about December 30, 2021 a NOTICE OF NON RESPONSE/NOTICE OF FAULT Certification No. 70172400000046780347 delivered by the United States Post Office on January 3, 2022.
3. On or about January 11, 2022 a NOTICE OF DEFAULT & ESTOPPEL certification No. 70172400000046780354 delivered by the United States Post Office on January 21,2022.

**C.** Plaintiff made an official request, pursuant to the GAAP Generally Accepted Accounting Practice for an Audit certification of the debt trail.

1).The original contract in this case was altered, stolen and that there was an addition to the agreement with the following items that are missing from the contract filed in this case:

2).The intent of the agreement is that the original party who funded the alleged loan per the bookkeeping entries is to be repaid the money,

3).The bank or financial institution involved in the alleged loan will follow GAAP,

4).The lender or financial institution involved in the alleged loan will purchase the promissory note from the borrower,

5).The borrower does not provide any money, money equivalent, credit, funds or capital or thing of value that a bank or financial institution will use to give value to a check or similar instrument,

6).The borrower is to repay the loan in the same species of money or credit that the bank or financial institution used to fund the loan per GAAP, thus ending all interest and liens, and

7).The written agreement gives full disclosure of all material facts.

**12**.  The Defendant, **Ernest J Codilis**, attorney as co-owner to Codilis and Associates, P.C., as agent for The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset Backed Certificates, Series 2004-12 and/or The Bank of New York Mellon, also known as a Debt Collector, which shows conflict of Interest. See attached (Exhibit B)

a.  The defendants committed acts of forgery when they fraudulently made false documents and altered real documents as if they are genuine.

b.  The defendants documents presented under statutes and codes are under "color of law."

c.  The defendants have no original contract between Plaintiff and themselves none exist.

**13**. The defendants **Jason Shulman**, attorney for Codilis and Associates, P.C. as agent for The Bank of New York Mellon, signed the Complaint for Foreclosure as the plaintiff in the cause of action. See attached (Exhibit C)

a.  The defendant as attorney signed the Complaint to Foreclose Mortgage.

b.  The defendant participated in illegal court process and procedures.

c.  The defendant made false and misleading statements regarding court documents.

**14.**  The defendant **Julie DeJong**, attorney for Codilis & Associates, P.C. as agent for The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 violated the following 05-2-21:

a.  defendant participated in illegal court process and procedures.

b.  defendant failed to verify claim or present any verifiable evidence.

c.   defendant failed the due process of law required when you submitting a claim.

Statement of Facts: witnessed by the USPS see attachment (Exhibit D)

1.  On or about May 3, 2021 a NOTICE OF ACCEPTANCE UPON VERIFICATION No. 70163560000023871845 delivered by the USPS on May 5, 2021
2.  On or about June 16, 2021 a NOTICE OF NON RESPONSE/NOTICE OF FAULT No, 70163560000023871852 delivered by the USPS on June 16, 2021

**15.**   The defendant **James J Bernhard**, attorney for Codilis & Associates, P.C. as agent for The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12, see attached. (Exhibit E)

a.  defendant failed to verify or validate claim under the F.D.C.P.A. for settlement

b.  defendant proceeded without verification, participating in illegal court process

c.   defendant's **Notice of Default and Estoppel** January 11, 2022, from Kimberly Bess© was ignored and now the defendant has committed a crime against plaintiff rights.

Statement of facts:

1.  On or about  December 20, 2021 a NOTICE OF ACCEPTANCE UPON VERIFICATION Certification No. 70172400000046780330 delivered by the United States Post Office on December 24, 2021,
2.  On or about December 30, 2021 a NOTICE OF NON RESPONSE/NOTICE OF FAULT Certification No. 70172400000046780347 delivered by the United States Post Office on January 3, 2022,

16.     The Defendant, **William B. Sullivan** who presides as a Judge in Cook County Circuit court of Illinois Chancery division has a duty to the law and the constitution:

a.  Ignored certain laws or precedent, acting under color of law.

b.  No presentation of injured party before the court, (Bill of Rights Article VI)

c.  Obstruction of the administration of justice.

d.  Illegal court procedures, not proper venue or not proper party to sue.

e.  No verifiable presentment or indictment. (Bill of Rights Article V)

f.  The defendant acted beyond the bounds of official state authority while acting in official capacity.

g.  Presented a "Judgment for Foreclosure and Sale" with forged rubber stamp of Dorothy Brown a Clerk of 2020, which is a falsification, fraud and deception. see attached **(Exhibit F)**

17.     The defendants **Pamela Murphy – Boylan of Judicial Sales Corporation** deprived plaintiff of her rights under the color of law: see attached (Exhibit G)

a.     defendant was given notice of the unlawful foreclosure with a CEASE AND DESIST, and Affidavit of Reservation of Rights UCC 1-308 with terms and conditions of violation  if she persisted on the sale.

b.     defendant proceeded to violate the rights of plaintiff by submitting property for sale after notification of fraudulent court process

c.     defendant blatant disrespect for the law, is no excuse for knowing the law

18.     The defendants **SEEMS GROUP C/0 ANTONIO ESPINOZA** are victims of circumstance as the third party buyers in this fraudulent theft of private property, there failure to investigate the validity of the sale.  Proper preparation would prevent a poor performance.

19.     The defendant **Marshall Thompson of  MMT Services**, real estate strategist is a third party infringer of  Codilis and Associates, P.C. who is a third party debt collector disguised as an attorney at law, licensed in Illinois. See attached **(Exhibit H)**

A.    defendant has no contract with plaintiff, was not summoned and ignored the signs posted at plaintiff's private land "NO TRESPASS' No solicitors, a posting on the front entrance of the gate and front door, which carries violations of $1,000,000.00 per person, per occurrence.

B.    notice was sent to defendant's place of business as 2nd notice of trespass, with an Affidavit of Reservation of Rights # 1421257011 recorded at the Cook County Recorder Office.

All of the foregoing Defendants are sued in their individual capacities, and all acted under color of law and in the scope of their employment in engaging in the actions alleged in this Complaint.

## 20. BACKGROUND ALLEGATIONS

A.  On May 5, 2019 Plaintiff, Kimberly Bess, heir became the holder in due course.

B.  Plaintiff was considered potential successor in interest as heir of Barbara A Smith, owner .

C.  On June 14, 2019 Plaintiff was confirmed as "Successor in Interest" by Carrington Mortgage Servicing Corporation.

D. The bank refused to disclose material facts of the alleged agreement and refused to tell her if the agreement was for her to fund the alleged bank loan check or if the bank is to use the bank's legal tender or other depositors' money to fund the bank loan check.

21. The defendant's committed and conspired to commit real estate deed fraud when they failed deliver the property deed as mandated by the state property transfer statute.

a. The mortgage deal was not done according to the GAAP accounting principles in violation of the federal law.

b. The electronic credits called the mortgage loan were generated by Kimberly Bess as successor in interest and heir to Barbara A Smith.

c. The words stamped on the promissory note "pay to the order of" without recourse will verify the bank official who signed there received the electronic credits called the mortgage loan.

d. There was no exchange of money in the mortgage loan.

**22**. Valid conveyances require that the executed deed be delivered to and accepted by the grantee/assignee.

**23**. The property deed was never delivered or accepted by Kimberly Bess as successor in interest to the property.

**24**. The defendants committed acts of forgery when they fraudulently made false documents and altered real documents as if they are genuine.

**25**. The first illegal mortgage lien was placed on the property after the unlawful registration.

**26**. The second illegal mortgage lien was placed with the Lis Pendens without proper contract and the contract presented by defendants, Carrington Mortgage Servicer shows there not the proper party.

**27**. The attorney Jason Shulman is employed for Codilis & Associates, P.C. a 3rd party debt collector located at 15W030 North Frontage Road, Suite 100 Burr Ridge, Illinois 60527.

**28**. On September 6th 2019, Ernest J. Codilis and Jason Shulman filed the foreclosure complaint (case # 2019 CH 13977) against the plaintiff's property without an affidavit from the injured party The Bank of New York Mellon, to provide jurisdiction to the court.

**29**. The statute the attorney used in the foreclosure complaint is not a valid law as it does not have the three elements the state constitution mandates must be present to be a valid law.

**30**. The foreclosing statute 735 ILCS 5/15-1101 is missing the enacting clause, the title, and the body, and therefore the foreclosing statute is not a valid law and is unconstitutional on its face.

**31**. The defendants violated the F. D. C. P. A. when they engaged in abuse, threats, coercion, misrepresentation, fraud, harassment, unfair means, and deception to collect a debt where there is no injured party.

**32**. The plaintiff responded to the defendant's foreclosure petition with her Notice and Demand for Abatement and Affidavit of Warrant of Authority for trespassing on patent property 1-29-20.

**33**. The attached court docket sheet will show the defendants never responded to the jurisdictional challenge with an affidavit by a counter-affidavit.

**34**. The plaintiff filed a copy of her Affidavit of Reservation of Rights UCC-1 -308/1-207 showing she is not a U.S. citizen, she is a State Citizen of the Republic State of Illinois, and therefore not subject to the court's statutory jurisdiction without an injured party.

**35**. The plaintiff was subjected to harassment from 4 or 5 attorneys that all signed on and signed out when they could not prove jurisdiction on the court record.

**36**. There is no injured party.

**37**. The plaintiff appeared with court reporter to express her position and interest in property on 2-3-20.

> a. Plaintiff resubmitted Notice and Demand to Abate and Affidavit of Warrant of Authority for trespassing on patent property

**38**. The defendants never answered.

**39**. On 06-01-20 Attorney Michelle Ratlidge signed on to the case as the attorney of record.

**40**. On 07-2020 Attorney Michelle Ratlidge filed a motion to enter default, motion to set redemption period and motion for entry of judgment for foreclosure and sale.

**41**. On 09-01-20   Attorney Michelle Ratlidge sent plaintiff a notice of entry withdrawing the motion.

**42**. On 09-01-20 Judge Cecilia Horan made a journal entry of order withdrawing motion.

**43**. On 09-02-20 plaintiff answered with an order for claim and recoupment.

**44**. On 3-11-21 Attorney Lisa Collins entered motions for summary judgment, judgment for foreclosure and sale, judgment for default without proper due process.

**45**. On 3-30-21 Plaintiff filed Answer, FDCPA debt validation, show of cause with counterclaim.

**46**. On 4-2-21 Plaintiff appeared on zoom call with Judge William B Sullivan,

> a. defendants never answered debt validation or show of cause submitted by plaintiff.

b. Judge Sullivan, asked plaintiff "Do you think you're going to get a house for free?" Judge Sullivan was not acting impartial to Plaintiff during zoom hearing, without any certified evidence or injured party being presented by Defendants which bars judge Sullivan for prejudice.

c. Judge Sullivan, was argumentive to plaintiff and status was not yet determined.

d. Judge Sullivan, ordered a GOA Covid 19 form declaration.

**47**. Plaintiff resubmitted covid 19 form declarations, expressing it was not lawful contract.

**48**. Plaintiff submitted notice to Judge Sullivan and attorney Julie DeJong for subrogation. See attached. (Exhibit I)

On 10-18-21 without any response from Judge Sullivan or attorney DeJong, plaintiff without recourse assigned the court case to State of Illinois Attorney General, for the oversight, defendants seem to have missed in the preliminary investigation of this case.

**49**. On 12-17-21 attorney James J Bernhard resubmitted the judgment for foreclosure and sale

b. On 01-06-22 order and entry of sale was set by Judge William Sullivan containing a uncertified copy signature and rubber stamp with retired clerk of court appears forged.

c. On 1-11-22 plaintiff submitted to defendants a notice of Default and Estoppel

The plaintiff's house was sold in a sheriff sale on 6-7-22 without being informed.

### 50. SCHEME TO DEFRAUD:

a. The contract filed in this case is forged and missing at least 6- provisions that are listed in the original contract.

b. The foreclosure statute used to provide the court with jurisdiction is not a valid law as it is missing the 3 elements the State Constitution mandates must be present to be a valid law.

c. The State constitution mandates all laws are to be enacted and have an enacting clause, a title, and a body.

d. Original Contract with the signatures of both the alleged borrower, and the lender has never been filed in court to verify there was a bilateral contract.

e. Without a certification of the accounting entries of the attorneys cannot verify there was a debt.

f. The attorney cannot verify agency and therefore the foreclosure lawsuit has a fatal flaw.

g. The foreclosure was filed showing the lender as the plaintiff, however no one from the lender's corporation signed the foreclosure documents.

h. There is no witness before the court to give the court jurisdiction.

i. There is No Affidavit filed in the case by The Bank of New York Mellon, to give the state court jurisdiction.


## THE LENDER FAILED TO FOLLOW THE GAAP ACCOUNTING LAWS:

**51.** The contract should be rescinded because the attorneys did not provide full disclosure; the contract is extremely deceptive and unconscionable, In re Pearl Maxwell, 281 B.R. 101. The Truth in Lending Act, Regulation Z, 12 CFR §226.23, states that the security agreement signed with a lender can be rescinded if they have not provided the proper disclosures.

**52.** The original debt was zero because the Plaintiff's financial asset was exchanged for FED's promissory notes in an even exchange. Promissory Notes and other commercial instruments are legal tender, financial assets to the originator and a liability to the lender.

**53.** If a security interest in the note is perfected, by recording it on a lien as a registered security, the maker or originator becomes an entitlement holder in the asset.

**54.** But the attorney's do not understand that they have this liability because most of them are unaware of it.

a.     UCC §1-201(24), §3-104, §3-306, §3-105,

b.     UCC §§8-102 (7), (9), (15), (17), §8-501, §8-503, §8-511

c.     UCC §§9-102(9), (11), (12) (B), (49), (64)

d.     12 USC 1813(l) (1)

**55.** The defendant's records will show the defendants have an offsetting liability to the plaintiff pursuant to FAS 95, GAAP and Thrift Finance Reports (TFR).

1. These records include:

a. FR 2046 balance sheet,

b. 1099-OID report,

c. S-3/A registration statement,

d. 424-B5 prospectus and

e. RC-S & RC-B Call Schedules

Plaintiff's claims are brought forward Under Common Law:

## 56. ELEMENTS FOR COMMON LAW:

a. Controversy (The listed defendants)

b. Specific Claim (wrongful foreclosure, breach of contract, trespass of patent property)

C. Specific Remedy Sought by Claimant (26- million dollars)

d. Claim Is Sworn To (Affidavit of Verification attached), and I will verify in open court that all herein be true.

## 57. PARTIES:

A.Kimberly Bess is an American National living at 11342 south Church Street, Chicago, Illinois.

B. The first defendant is The State of Illinois.

C. The second defendant is Ernest J Codilis, Jr, ,attorney at 15W030 North Frontage Road #100, Burr Ridge, IL 60527 of CODILIS AND ASSOCIATES, P.C..

D. The third defendant is, Jason Shulman. attorney at 15W030 North Frontage Road #100, Burr Ridge, IL 60527 of CODILIS AND ASSOCIATES, P.C..

E. The fourth defendant is, Julie DeJong attorney at 15W030 North Frontage Road #100, Burr Ridge, IL 60527 of CODILIS AND ASSOCIATES, P.C..

F. The fifth defendant is James J Bernhard attorney at 15W030 North Frontage Road #100, Burr Ridge, IL 60527 of CODILIS AND ASSOCIATES, P.C..

G. The sixth defendant is William B Sullivan, Judge of Cook County Circuit Court Chancery Division at Richard Daley Center 50 West Washington Street Chicago, Illinois 60602.

H. The seventh defendant is Codilis and Associates, P.C., a corporation at 15W030 North Frontage Road #100, Burr Ridge, IL 60527 of CODILIS AND ASSOCIATES, P.C..

I. The eighth defendant is The Bank of New York Mellon

J. The ninth defendant is Carrington Mortgage Services, LLC, a corporation at 1600 South Douglas Road, Suites 110 & 200-A, Anaheim, CA 92806.

K. The tenth defendant is SEEM GROUP c/o ANTONIO ESPINOZA, a third party to sale located at 8310 Moody Avenue, Burbank, Illinois 60459.

L. The eleventh defendant is Pamela Murphy-Boylan of Judicial Sales Corporation a corporation located at One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650.

M. The twelfth defendant is Marshall Thompson of MMT Services is a realtor located at 5113 South Harper Avenue Suite 2C Chicago, Illinois 60615.

## CLAIMS

### Count One: Violation of 42 U.S.C. 1983:

1. Plaintiff incorporates by reference all the facts alleged as if restated herein.

2. The defendant's negligence was the direct and proximate result of the plaintiff's injuries.

**Count Two: Violation of Due Process:**

1. Plaintiff incorporates by reference the facts alleged as if restated herein.

The defendants had a duty to follow the law and the constitution. As described more fully above, all of the Defendants, while acting individually, jointly, and in conspiracy, as well as under color of law and within the scope of their employment, deprived Plaintiff of her constitutional right to a fair trial.

**Count Three: Conspiracy to Commit Real Estate Deed Fraud:**

2. Plaintiff incorporates by reference the facts alleged in each paragraph as if restated herein.

**Count Four: Forgery:**

3. Plaintiff incorporates by reference the facts alleged in each paragraph as if restated herein. The Defendants lodged an uncertified judgment of foreclosure with rubber stamp of clerk no longer working in official capacity. Forgery invalidates all contracts.


**Count Five: Wrongful Foreclosure:**

4. Plaintiff incorporates by reference the facts alleged in each paragraph as if restated herein.

**Count Six: Breach of Contract:**

5. Plaintiff incorporates by reference the facts alleged in each paragraph as if restated herein.

The Administrative Procedures Act of 1946 was violated. The defendants refused to produce any accounting, contracts or answer any questions, The defendants had a duty to follow the law and the constitution. As described more fully above, all of the Defendants, while acting individually, jointly, and in conspiracy, as well as under color of law and within the scope of their employment, deprived Plaintiff of her constitutional right to a fair trial.

**Count Seven:**

**Real Estate Deed Fraud:**

6. Plaintiff incorporates by reference the facts alleged in each paragraph as if restated herein.

**Count Eight:**

**Obstruction of the Administration of Justice**

7. Plaintiff incorporates by reference the facts alleged in each paragraph as if restated herein.

## WRONGFUL FORECLOSURE:

1. The wrongful foreclosure action filed in state court had no injured party and therefore damages should be granted.

2. The 6th Amendment secures that no person will be deprived of life, liberty, or property without due process of law.

3. The " injured party" must appear and state he/she is owed a debt, the debtor must be given the right to challenge this debt for "validation" 15 USC 1692g. Only an "injured party" can claim a debt is owed. "Imaginary persons" cannot appear or give testimony and cannot be the "Plaintiff" of any cause of action.

4. There is no injured party in the state foreclosure case and therefore the court did not have jurisdiction.

## BREACH OF CONTRACT:

1. There are five elements to a valid lawful contract:
   a. Offer and acceptance
   b. Legal contract
   c. Capacity to contract
   d. Consideration – money of exchange
   e. Terms and conditions

2. Plaintiff has submitted to all defendants and agents/principals alike after the offer to contract in this fraudulent Judgment for Foreclosure and Sale was offered to plaintiff, there was an acceptance upon proof of claim and no relevant evidence was given or none exists that the contract being presented was not already settled and no evidence of a legal contract between the two parties engaged in offer and acceptance. Notices given to defendants was a terms and conditions if this contract turns out to be invalid the conditions upon false information, trespass without authority to do so, infringement on copyrighted material is a crime.

The attorneys are misrepresenting themselves as working for a lender when they are illegally collecting as a 3rd party debt collector in violation of the F.D.C.P.A.

**58.** The defendants violated the plaintiff's right to due process 42 U. S. C. 1983 by using an unfair court process that is in violation of the federal laws and the court rules.

**59**. The defendants obstructed the administration of justice.

## NEGLIGENT / RECKLESS CONDUCT:

**60**. As a proximate result of the negligent or reckless conduct of the attorney acting as a 3rd party debt collector the plaintiff suffered injury when the attorney filed unlawful foreclosure using a foreclosure statute that is missing the 3 elements needed to be considered a valid law.

**61**. The state constitution mandates laws to be enacted by congress and they must have an enacting clause, a title, and a body.

**62**. The revised statutes use to provide jurisdiction to the court is not a valid law and therefore rob the court of jurisdiction. The attorneys filed a forged contract in the state foreclosure case.

**63**. The contract filed is missing the following provisions agreed upon in the original contract:

a) The intent of the agreement is that the original party who funded the alleged loan per the bookkeeping entries is to be repaid the money,

b) The bank or financial institution involved in the alleged loan will follow GAAP,

c) the lender or financial institution involved in the alleged loan will purchase the promissory note from the borrower,

d) the borrower does not provide any money, money equivalent, credit, funds or capital or thing of value that a bank or financial institution will use to give value to a check or similar instrument,

e) The borrower is to repay the loan in the same species of money or credit that the bank or financial institution used to fund the loan per GAAP, thus ending all interest and liens, and

f) The written agreement gives full disclosure of all material facts.

**64**. The defendants violated the plaintiff's right to due process 42 U. S. C. 1983 by using an unfair court process that is in violation of the federal laws and the court rules.

**65**. The defendants obstructed the administration of justice.


### Slander of Title:

**66**. The defendants have caused to be recorded various documents including an unlawful foreclosure which constitutes slander of title, and the plaintiff should be awarded resulting damages to be fully proved at the time of trial.


### Slander of Credit:

**67.** The plaintiff allege that the actions and inactions of the defendants have impaired their credit causing them to lose the ability to have good credit entitling them to damages, including statutory punitive damages pursuant to state and federal law, all to be proved at the time of trial.

**Infliction of Emotional Distress:**

**68.** The defendants have intentionally and negligently taken illegal actions which have caused the plaintiff's severe emotional distress.

**69.** The attack on the plaintiff's home using a statute that is not a valid law is fraud on the court.

**70.** The fact part of the original agreement is missing from the contract filed in the state foreclosure case is a clear showing of illegal intent to cause distress.

**Damages:**

**71.** The plaintiff is seeking damages for wrongful foreclosure, and she has shown that

(a.) there was an irregularity in the foreclosure sale and

(b.) the irregularity caused the plaintiff damages. See University Sav. Ass'n v. Springwoods.

**72.** As a proximate result of the negligent actions of defendants, the plaintiffs have suffered consequential damage and will continue to suffer additional damage in an amount to be fully proved at the time of trial.

**73.** As a result of these actions by Codilis and Associates, P.C., William Sullivan, judge, Ernest J Codilis Jr., Jason Shulman, and the other defendants.

I have suffered in the following ways:

a) Mental anguish: I have not been able to grieve the loss of my mother Barbara A Smith, for the mental anguish the defendants have caused, I have lost 20lbs for stress and not eating do to intense anxiety. I will never be able to give a monetary value for the increased damage to my health from weakness and high blood pressure after this ordeal of paying my mother's mortgage after her death, given notice and then being told by servicer "you have no responsibility to pay", after taking payments and then being presented with a foreclosure by a unknown entity is very stressful and not having any certifiable information to verify if this person has a right.

b) Pain and suffering and loss of enjoyment of life. The resulting stress and loss of sleep also resulted in chronic pain and physical dysfunction. The constant injustice of forged documents by judges and attorneys and ignoring of my due process has caused all sorts of depression, stress, loss of hope, and shame depriving me of my life, liberty and pursuit of happiness with constant threats and the actual stealing of my property is indescribable.

Compensation for repairs that made: whole new electrical wiring, remodeled basement, repaired chimney leakage, replaced toilet system, lawn care and for the around the clock security and guarding of property.

c. No one can return to me my mother, the health and time I have lost in dealing with the criminal actions of the persons named in my lawsuit.

d. I will never completely retrieve my peace of mind from the near-constant state of anxiety I find myself in now. These actions have forever altered my mental health and well-being.

e. The defendant's, acted with deliberate indifference to the Constitution and or federal laws when they violated the plaintiff's right UNDER 42 U.S. CODE SEC. 1983, the plaintiff's right to "due process" and the "Affidavit of Reservation of Rights UCC 1-308" being ignored.

### 74. The Judge Lacks Immunity When He/ She Violates the Law:

The judge has qualified immunity when he/she follows the constitution and the law. The Tucker Act exposes the government to liability for certain claims. Specifically, the Act extended the court's jurisdiction to include claims for liquidated or unliquidated damages arising from the Constitution (including takings claims under the Fifth Amendment), a federal statute or regulation, and claims in cases not arising in tort. The relevant text of the Act is codified in 28 U.S.C. §§ 1346(a) and 1491. The Tucker Act (March 3, 1887, ch. 359, 24 Stat. 505, 28 U.S.C. § 1491) is a federal statute of the United States by which the United States government has waived its sovereign immunity with respect to lawsuits pertaining to 5th Amendment violations of due process.

### 75. The Five Elements of "Due Process:

In assessing whether this demonstration has been or can be made, the courts look to the five elements, which, over the centuries of judicial experience, have come to be recognized as the sine qua non of "due process."

a. Equality: The system must not discriminate procedurally between parties. If one party is entitled to counsel, then all are entitled. If notice is provided one, it must be provided for all. The essential requirement for Equality is that the system provides a "level playing field" for the disputants. Discrimination in appearance or fact is an anathema to the Equality required to satisfy due process.

b. Economy: The cost of access to the system must not be a barrier to its use or operate to the disadvantage of one or the other parties. This means that grievance and arbitration proceedings should not be made a Board profit center and, in fact, may have to become subsidized to assure open access.

c. Expedition: As "justice delayed is frequently justice denied," there is an affirmative obligation on the part of the system to expedite ethics and arbitration proceedings. This does not foreclose orderly procedure with adequate time to ensure notice, time to prepare, opportunity to identify and gather witnesses, and otherwise develop facts and arguments. It does, however, foreclose dilatory tactics, unreasonable extension of time, and protraction of hearings.

d. Evidence: The system must be designed and function to elicit evidence, not assumptions; proof, not presumptions. While strict rules of evidence in the judicial sense do not apply, there must be control of what is admitted as relevant and judgment as to what is mere speculation and hearsay designed to prejudice rather than inform.

e. Equity: The system must produce decisions that reflect a sense and substance of "rightness" and "reasonableness." In matters involving unethical conduct, the punishment should fit the offense. The judgment should reflect consideration of extenuating circumstances and a balancing of competing values and objectives. Moreover, the predictability, consistency, and uniformity of the system's performance are an important measure of Equity.

Conspiracy: A federal criminal conspiracy is built up of five elements:

a. Two or more persons that;

b. Intentionally;

c. Agreed;

d. To violate federal law or defraud the United States; and commit an overt act in furtherance of the agreement.

### 76. Elements for Forgery:

Forgery is making, using, altering, or possessing a false document with the intent to commit fraud. Forgery can be the creation of a false document or changing an authentic one. There are several elements to the crime of forgery, and all must be proven before someone can be found guilty:

a. A person must make, alter, use, or possess a false document. Forgery can be creating a false document from scratch or altering an otherwise genuine document in a material way. The alteration is material if it affects a legal right.

b. The writing must have legal significance.

c. The writing must be false. The writing must have been created or changed in a way that makes it appear that the document represents something that it is not.

d. Intent to defraud.

### 77. Request for Damages:

Plaintiff request compensatory and general damages for expenses for legal expenses, mental anguish associated with living with the consequences of the defendant's negligence, pain and suffering and loss of enjoyment of life, and damaged credit score, embarrassment from having plaintiff's house listed on Zillow and other Real estate foreclosure websites before while the case is in litigation. The plaintiff request punitive damages in what the jury finds just and fair. Plaintiff prays that this court enter judgment for the Plaintiff and against each of the Defendants, and grant:

a. compensatory and consequential damages, including damages for emotional distress, humiliation, and other pain and suffering on all claims allowed by law in an amount in excess

b. for deprivation of my civil rights that were noticed to all individual defendants for a total of $1,000,000.00 per person, per occurrence for the blatant egregious and deceptive acts of defendants in taking of private property without any legal or lawful right and the blatant ignoring of the duty to prove the claim, brought before the court and publishing of private property for sale and actually selling the property from up under the plaintiff without any proof and placing

plaintiff in an unfair position. Upon bringing this claim that shows that defendants do not have interest, the refusal to give a full accounting according to GAAP and under the fair debt collections practice act you MUST present proper evidence and there is none because defendants are not the proper party to sue, therefore ignorance of the law is no excuse and all defendants have participated in racketeering and fraud. Each defendant will be charged according to what they agreed upon through acquiescence. All defendants have agreed there is no contract and have admitted to trespassing upon private property without just cause, as a result the total claim is for each individual and organization that has been notified and still persisted on stealing my property and the total claim is:

A. 26- Million Dollars, a one million dollar violation on each defendant as described herein, and violations noted in the public records.

B. any further relief that this court deems just and proper, and any other appropriate relief in law


**WHEREFORE**, Plaintiff Kimberly Bess©, request the following

a. That the court enters a judgment in favor of Bess, Kimberly and against the defendants on all counts of the Complaint:

b. That the court award compensatory damages to Plaintiff and against the defendants jointly and severally, in an amount to be determined at trial:

c. That the court award punitive damages to plaintiff, and against the defendants, jointly and severally, in an amount to be determined at trial in order that such award will deter similar proscribed conduct by the defendants in the future.

d. That the court award plaintiff, and against the defendants, prejudgment and post-judgment interest on all sums awarded in this action, and including reasonable legal fees, pursuant to 42.U.S.C. Sec. 1988: and

e. That the court grant Plaintiff such other equitable relief that the court deems appropriate.

**Demand For A Trial By Jury**

Comes Now, the plaintiff, and hereby demands jury trial on all issues so triable to a jury.

for Kimberly Bess 7/28/2022

Bess, Kimberly

Without Prejudice UCC 1-308

VERIFICATION:

I' Bess, Kimberly, declare under pains of penalty in accordance with the Laws of the United States of America that the foregoing is true and correct and complete to the best of my knowledge and belief.

_____  on this 28th  Day, of July 2022

      Bess, Kimberly

Without Prejudice UCC 1-308

On this _____ day of _____, 2022 before me, the undersigned, a Notary Public in

and for the State of Illinois, personally appeared the above-signed, known to me to be the one

whose name is signed on this instrument, and has acknowledged to me that she has Executed the

same.

Signed:_____

Printed Name:_____

My Commission Expires:_____

Date:_____ Common Law Seal:_____

## Certificate of Service:

A copy of this document was mailed to the court and a copy was mailed to the parties and the agency listed below.

*[signature]* for KIMBERLY BESS 7/28/2022

Bess, Kimberly for KIMBERLY BESS

Without Prejudice 1-308

Attorneys

Ernest J Codilis Jr.
15W030 North Frontage Road #100
Burr Ridge, IL 60527

Jason Shulman
15W030 North Frontage Road #100
Burr Ridge, IL 60527

Julie DeJong
15W030 North Frontage Road #100
Burr Ridge, IL 60527

James J Bernhard
15W030 North Frontage Road #100
Burr Ridge, IL 60527

Pamela Murphy-Boylan
of Judicial Sales Corporation
One South Wacker Drive
Chicago, Illinois 60606-4650

William B Sullivan
c/o Richard J Daley Center
50 West Washington Street
Chicago, Illinois 60602

SEEM GROUP c/o ANTONIO ESPINOZA
8310 Moody Avenue
Burbank, IL 60459

Marshall Thompson of MMT Services
5113 South Harper Avenue, 2C
Chicago, Illinois 60615

Carrington Mortgage Services, LLC
P.O.B. 3489
Anaheim, CA 92803

The Bank of New York Mellon
240 Greenwich Street
New York, NY 10286

# Schedule A

| | | |
|---|---|---|
| 1. | Trespassing / Trespass | $2,000,000.00 per occurrence, per officer/agent |
| 2. | Violation of Speedy Trial | $2,000,000.00 per occurrence, per officer/agent |
| 3. | Racketeering | $2,000,000.00 per occurrence, per officer/agent |
| 4. | Abuse of Authority | $2,000,000.00 per occurrence, per officer/agent |
| 5. | Unfounded Accusations | $2,000,000.00 per occurrence, per officer/agent |
| 6. | Denial & Abuse of due process | $2,000,000.00 per occurrence, per officer/agent |
| 7. | Obstruction of justice | $2,000,000.00 per occurrence, per officer/agent |
| 8. | Counterfeiting Statute Securities | $2,000,000.00 per occurrence, per officer/agent |
| 9. | Disrespect of Judge/Officer Court | $2,000,000.00 per occurrence, per officer/agent |
| 10. | Threat, Coercion by court | $2,000,000.00 per occurrence, per officer/agent |
| 11. | Coercing of Natural woman | $2,000,000.00 per occurrence, per officer/agent |
| 12. | Improper Liens/ Levies | $2,000,000.00 plus $100,000.00 a day til removed |
| 13. | Deprivation of property | $200,000.00 per day until property is restored in full |
| 14. | Affidavit of Reservation of Rights | $1,000,000.00 per incident or per 15min. |
| 15. | Trademark / Copyright | $1,000,000.00 each user and issuer |

Reference to these charges are posted in the Cook County Recorder of Deeds #1307357046

## LIST OF EXHIBITS

A.) CONFIRMATION OF SUCCESSOR IN INTEREST

B.) ASSIGNMENT OF MORTGAGE

C.) COMPLAINT FOR FORECLOSURE

D.) NOTICE OF FAULT - JULIE DEJONG

E.) NOTICE OF DEFAULT / ESTOPPEL - JAMES BERNHARD

F.) JUDGMENT  FOR FORCLOSURE AND SALE (STAMP UNOFFICIAL)

G.) CEASE AND DESIST– JUDICIAL SALES - Pamela Murphy-Boylan

H.) LEGAL NOTICE – MARSHAL THOMPSON

I.)  SUBROGATION LETTER TO WILLIAM SULLIVAN and JULIE DEJONG

J.)  POWER OF ATTORNEY

# EXHIBIT  A

# CONFIRMATION OF SUCCESSOR IN INTEREST

# 22-CV-

# CLAIM FOR 42 USC 1983 CIVIL VIOLATIONS

EXHIBIT A



**CARRINGTON**
MORTGAGE SERVICES, LLC

P.O. Box 5001, Westfield, IN 46074
Phone (800) 561-4567 Fax (800) 486-5134

08/15/19

Kimberly Bess
11342 S Church Street
Chicago, IL 60643

Loan Number: 7000160355

Property Address: 11342 S CHURCH STREET
CHICAGO        IL 60643

Borrower:   BARBARA A SMITH
Servicer:   CARRINGTON MORTGAGE SERVICES, LLC
Investor:   HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,

### NOTICE OF CONFIRMED SUCCESSOR IN INTEREST STATUS AND ABILITY TO RECEIVE NOTICES AND COMMUNICATIONS

Carrington Mortgage Services, LLC ("CMS") has reviewed the documentation you submitted and has confirmed your identity and ownership interest in the property reference above, which means that you are now a confirmed successor in interest under federal law. As a confirmed successor in interest, you are not liable for the mortgage debt and cannot be requested to use your assets to pay the mortgage debt unless you assume the mortgage loan obligation under state law. However, it is important to note that [Investor] has a security interest in the property and has a right to foreclose on the property when permitted by law and authorized under the mortgage loan contract. As a confirmed successor in interest, you may be entitled to receive certain notices and communications about the mortgage loan if Carrington Mortgage is not already providing those notices and communications to another confirmed successor in interest or borrower on the account. However, in order to receive such notices and communications, you must execute and provide to CMS the enclosed Successor in Interest Acknowledgment Form. The Successor in Interest Acknowledgment Form:

- Allows you to request receipt of such notices and communications if Carrington Mortgage Services is not providing them to another confirmed successor in interest or borrower on the account;
- Indicates that you understand that such notices do not make you liable for the mortgage debt and that you are only liable for the mortgage debt if you assume the mortgage loan obligation under state law; and



P.O. Box 5001, Westfield, IN 46074
Phone (800) 561-4567 Fax (800) 486-5134

- Informs you that there is no time limit to return the acknowledgment but that CMS will not begin sending such notices and communications to you until the acknowledgement is returned.

The attached Acknowledgment form confirms your acceptance as successor in interest and must be completed and returned in order for CMS to finalize the authorization process. Whether or not you execute the Successor in Interest Acknowledgment Form, you are entitled to submit notices of error under 12 CFR § 1024.35, requests for information under 12CFR § 1024.36, and requests for a payoff statement under 12 CFR § 1026.36 with respect to the mortgage loan account.

Below is a brief explanation of those rights and how to exercise them:

- Notice of Error: You may submit a written notice to Carrington Mortgage Services, LLC asserting any error you believe to have occurred related to the mortgage loan. Your written notice must include your name, information that enables CMS to identify the mortgage loan account, and the error you believe has occurred.
- Request for Information: You may submit a written request for information related to the mortgage loan to P.O. Box 5001 Westfield, IN 46074, Attention: Customer Research. Your written notice must include your name, information that enables CMS to identify the mortgage loan account, and the information you are requesting with respect to the mortgage loan.
- Payoff Statement: You may submit a written request for a payoff statement to P.O. Box 5001 Westfield, IN 46074, Attention: Payoffs or fax the request to (800) 486-5134 to receive an accurate statement of the total outstanding balance that would be required to pay the mortgage loan in full as of a specified date.

For questions or information on how to assume financial responsibility of the loan, please feel free to call CMS at (800) 561-4567 to confirm this option is available for this type of loan and request an Assumption Application Package. For Loss Mitigation options or questions, please call (866) 874-5860 from 9:00 AM to 7:00 PM Eastern Standard Time, Monday through Friday.

Sincerely,

Customer Research
Carrington Mortgage Services, LLC
Enc.



**CARRINGTON**
MORTGAGE SERVICES, LLC

P.O. Box 5001, Westfield, IN 46074
Phone (800) 561-4567 Fax (800) 486-5134

08/15/19

Kimberly Bess
11342 S Church Street
Chicago, IL 60643

Loan Number:     7000160355

Property Address:    11342 S CHURCH STREET
                CHICAGO       IL 60643

Borrower:    BARBARA A SMITH
Servicer:     CARRINGTON MORTGAGE SERVICES, LLC
Investor:     HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,

### SUCCESSOR IN INTEREST ACKNOWLEDGEMENT FORM

**This acknowledgement form states that you confirm and accept your status as successor in interest of the above-referenced loan and must be returned in order for CMS to finalize the authorization process.**

I hereby acknowledge and accept the following:

- I would like to receive written notices and other communications regarding the mortgage loan account referenced above if Carrington Mortgage Services, LLC is not providing them to another confirmed successor in interest or borrower on the account;
- I understand that any notices or other communications I receive regarding the mortgage loan account do not make me liable for the mortgage debt and that I will only be liable for the mortgage debt if I assume the mortgage loan obligation under state law; and
- There is no time limit to return this acknowledgement form but that Carrington Mortgage Services, LLC will not begin sending written notices and/or communications to me until this acknowledgment form is returned.

Name

Signature    _Kimberly N Bess_

Date    _9-3-2019_

Please fax this form to (800) 486-5134 or mail to Carrington
Mortgage Services, LLC at P.O. Box 5001 Westfield, IN 46074

# EXHIBIT  B

# ASSIGNMENT OF MORTGAGE

# 22-CV-

# CLAIM FOR 42 USC 1983 CIVIL VIOLATIONS

EXHIBIT 3-1

Doc#. 1500857056 fee: $50.00
Date: 01/08/2015 09:37 AM Pg: 1 of 2
Cook County Recorder of Deeds
*RHSP:$9.00 RPRF:$1.00 FEES Applied

Recording Requested By:
**Bank of America**
Prepared By: **Diana De Avila**
**1800 Tapo Canyon Road**
**Simi Valley, CA 93063**
**800-444-4302**
When recorded mail to:
**CoreLogic**
**Mail Stop: ASGN**
**1 CoreLogic Drive**
**Westlake, TX 76262-9823**

DocID# 7357831650820177
Tax ID: 25-19-216-033-0000
Property Address:
**11342 S. Church Street**
**Chicago, IL 60643**
IL0v2M-AM 31762838  E  1/6/2015  FCL01



610  078316508  D8  002  003

This space for Recorder's use

MIN #: 100148200100006789    MERS Phone #: 888-679-6377

## ASSIGNMENT OF MORTGAGE

For Value Received, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (herein "Assignor"), whose address is P.O. Box 2026, Flint, MI 48501-2026, AS NOMINEE FOR FIRST CAPITAL MORTGAGE CORP., ITS SUCCESSORS AND ASSIGNS hereby assign and transfer to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-12 (herein "Assignee"), whose address is C/O BAC, M/C: CA6-914-01-43, 1800 Tapo Canyon Road, Simi Valley, CA 93063, and its successors and assigns all its right, title, and interest in and to a certain Mortgage described below.

Beneficiary:          MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS
                      NOMINEE FOR FIRST CAPITAL MORTGAGE CORP., ITS SUCCESSORS
                      AND ASSIGNS
Borrower(s):          BARBARA A. SMITH, A WIDOW
Date of Mortgage: 9/17/2004      Original Loan Amount: $115,500.00
Recorded in Cook County, IL on: 9/30/2004, book N/A, page N/A and instrument number 0427444046

Property Legal Description:
THE SOUTH 13 FEET OF LOT 17 AND ALL OF LOT 18 AND THE NORTH 4 FEET OF LOT 19 IN BLOCK 75 IN WASHINGTON HEIGHTS IN THE NORTHEAST QUARTER OF SECTION 19, TOWNSHIP 37 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN IN COOK COUNTY ILLINOIS. 25-19-216-033

                      MORTGAGE ELECTRONIC REGISTRATION
                      SYSTEMS, INC., AS NOMINEE FOR FIRST CAPITAL
                      MORTGAGE CORP., ITS SUCCESSORS AND ASSIGNS

                      By: _____
                          **Martha Munoz**
                          Vicepresident
                      Date _____    JAN 0 7 2015

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Ventura

On ___JAN 0 7 2015___ before me, _____VAZRIK SARAFIANS_____, Notary Public, personally appeared _____Martha Munoz_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____   VAZRIK SARAFIANS          (Seal)
Notary Public:
My Commission Expires:  NOV/06/2017

VAZRIK SARAFIANS
Commission # 2044757
Notary Public - California
Los Angeles County
My Comm. Expires Nov 6, 2017

DocID#    7357831650820177

**Modification Agreement**
**(Servicer Copy)**

Bank of America Home Loans

RECORDING REQUESTED BY:
Bank of America, N.A.
Attn Home Retention Division: CA6-919-02-46
400 NATIONAL WAY
Simi Valley, CA 93065

Loan #: 212920857831650860643

(Page 1 of 12)



78316508+STHFISFOPMD_SPC/06052015_0213

PKG_13 / C3_2129-14

**This document was prepared by**
Home Retention Services, Inc.,
Modifications Department
9700 Bissonnet Street
Suite 1500
Houston, TX 77036
1.877.422.1761

——————— *SPACE ABOVE THIS LINE FOR RECORDER'S USE* ———————

## LOAN MODIFICATION AGREEMENT

This Loan Modification Agreement ("Agreement"), effective on the date set forth below, between BARBARA A SMITH, (the "Borrower(s)") and Bank of America, N.A. ("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Deed to Secure Debt (the "Security Instrument"), dated the 17 day of September, 2004 and in the amount of $115,500.00, and (2) the Note bearing the same date as, and secured by, the Security Instrument which covers the real and personal property described in the Security Instrument and defined therein as in the "Property", located at 11342 S Church Street, Chicago, IL 60643. (See Exhibit A for Legal Description if applicable) "Property"

See Exhibit B for assignments of record if applicable

If my representations in Section 1 below continue to be true in all material respects, then this Modification Agreement ("Agreement") will, as set forth in Section 3 below, amend and supplement (1) the Mortgage or Deed of Trust ("Mortgage") on the Property and (2) the Note secured by the Mortgage, and any previous modifications to the Mortgage and/or Note. The Mortgage and Note together, as they may previously have been amended, are referred to as the "Loan Documents". Capitalized terms used in this Agreement and not defined here have the meaning given to them in the Loan Documents.

I have received three copies of this Agreement. After I sign and return two copies of this Agreement to Lender, I will retain the other copy for my records. This Agreement will not take effect unless the preconditions set forth in Section 2 below have been satisfied.

1.  **My Representations and Covenants.** I certify, represent to Lender, covenant and agree:

    I am experiencing a financial hardship, and as a result, (1) I am in default under the Loan Documents or my default is imminent, and (2) I do not have sufficient income or access to

(Page 2 of 12)



78316508+STHFISFOPMD_SPC_06052015_0213

PKG_13 / C3_2129-14

# EXHIBIT  C

# COMPLAINT FOR FORECLOSURE

# 22-CV-

# CLAIM FOR 42 USC 1983 CIVIL VIOLATIONS

Hearing Date: 2/3/2020 9:45 AM - 9:45 AM
Courtroom Number: 2804
Location: District 1 Court
       Cook County, IL

FILED
12/4/2019 12:27 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019CH13977
7593907

Cook County #21762

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - CHANCERY DIVISION

The Bank of New York Mellon, F/K/A The Bank of New
York as trustee for registered Holders of CWABS, Inc.,
Asset-Backed Certificates, Series 2004-12
                  PLAINTIFF

Vs.

Kimberly Bess; Midland Funding, LLC; Unknown
Owners and Nonrecord Claimants
                  DEFENDANTS

No. **2019CH13977**

11342 S. Church Street
Chicago, IL 60643

### COMPLAINT TO FORECLOSE MORTGAGE

NOW COMES the Plaintiff, THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-12, by and through its attorneys, CODILIS & ASSOCIATES, P.C., complaining of the defendants herein and, pursuant to 735 ILCS 5/15-1101, states as follows:

1. Plaintiff files this Complaint to Foreclose the mortgage, trust deed or other conveyance in the nature of a mortgage (hereinafter called "Mortgage") hereinafter described, and joins the following persons as "Defendants": Kimberly Bess; Midland Funding, LLC; Unknown Owners and Nonrecord Claimants

2. Attached as "EXHIBIT A" is a copy of the Mortgage. Attached as "EXHIBIT B" is a copy of the Note.

3. Information concerning said Mortgage:

    (A) Nature of the instrument: Mortgage.

    (B) Date of the Mortgage: 9/17/2004

    (C) Name of mortgagor(s):

        Barbara A. Smith executed the mortgage, however this individual is deceased and is not named as a defendant in this lawsuit

    (D) Name of the original mortgagee:

        Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for First Capital Mortgage Corp.

FILED DATE: 12/4/2019 12:27 PM  2019CH13977

(E) Date and Place of Recording or Registering:

9/30/2004
Office of the Recorder of Deeds of Cook County Illinois

(F) Identification of Recording: Document No. 0427444046

(G) Interest subject to the mortgage: Fee Simple.

(H) Amount of original indebtedness:

(1) Original Indebtedness: $115,500.00

(I) Both the legal description of the mortgaged real estate and the common address or other information sufficient to identify it with reasonable certainty:

THE SOUTH 13 FEET OF LOT 17 AND ALL OF LOT 18 AND THE NORTH 4 FEET OF LOT 19 IN BLOCK 75 IN WASHINGTON HEIGHTS IN THE NORTHEAST QUARTER OF SECTION 19, TOWNSHIP 37 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN IN COOK COUNTY ILLINOIS.

**COMMONLY KNOWN AS:**   11342 S. Church Street
Chicago, IL 60643

**TAX PARCEL NUMBER:** 25-19-216-033

(J) Statement as to defaults: Mortgagors have not paid the monthly installments of principal, taxes, interest and insurance for 08/01/2019, through the present; the principal balance due on the Note and the Mortgage is $93,958.21, plus interest, costs, advances and fees. Interest accrues pursuant to the Note and any loan modification agreement, and the current per diem is $3.45.

(K) Name of present owner(s) of said premises:
    Kimberly Bess

(L) Names of other persons who are joined as defendants and whose interest in or lien on the mortgaged real estate is sought to be terminated and alleged to be subordinate and inferior to the mortgage of the Plaintiff:

Midland Funding, LLC, by virtue of a Memorandum of Judgment against Barbara Smith, rendered in Case No. 1616541065, in the Circuit Court of Cook County, Illinois, and filed in the office of the Recorder/Registrar of Deeds of Cook County, Illinois on June 13, 2016 as Document No. 1616541065 in the sum of $1,492.09 plus costs. The interest of this Defendant is subordinate to that of Plaintiff.

(M) Names of defendants claimed to be personally liable for deficiency, if any:

None.

(N) Capacity in which Plaintiff brings this foreclosure: Plaintiff is the Mortgagee under 735 ILCS 5/15-1208.

FILED DATE: 12/4/2019 12:27 PM   2019CH13977

FILED DATE: 12/4/2019 12:27 PM   2019CH13977

(O) Facts in support of a redemption period shorter than the longer of 7 months from the date the mortgagor or, if more than one, all the mortgagors have been served with summons or by publication or have otherwise submitted to the jurisdiction of the court, or 3 months from the entry of the judgment of foreclosure, whichever is later, if sought:

The redemption period shall be determined pursuant to 735 ILCS 5/15-1603.

(P) Statement that the right of redemption has been waived by all owners of redemption: There has been no executed waiver of redemption by all owners of redemption, however Plaintiff alleges that it is not precluded from accepting such a waiver of redemption by the filing of this complaint.

(Q) Facts in support of request for attorneys' fees and of costs and expenses, if applicable: The subject mortgage provides for payment of attorney fees, court costs, and expenses in the event of a default under the mortgage.

(R) Facts in support of a request for appointment of mortgagee in possession or for appointment of a receiver, and identity of such receiver, if sought: Unless otherwise alleged, Plaintiff will pray for said relief after the filing of the instant foreclosure action by separate petition if such relief is sought.

(S) Offer to the mortgagor in accordance with Section 15-1402 to accept title to the real estate in satisfaction of all indebtedness and obligations secured by the mortgage without judicial sale, if sought: No allegation of an offer is made however Plaintiff alleges that it is not precluded from making or accepting such offer by the filing of the instant foreclosure action.

(T) Name or names of defendants whose rights to possess the mortgaged real estate, after the confirmation of a foreclosure sale, are sought to be terminated and, if not elsewhere stated, the facts in support thereof:

Kimberly Bess;

4.  Plaintiff avers that in addition to persons designated by name herein and the Unknown Defendants herein before referred to, there are other persons, and/or non-record claimants who are interested in this action and who have or claim some right, title, interest or lien in, to or upon the real estate, or some part thereof, in this Complaint described, including but not limited to the following:

Unknown Owners and NonRecord Claimants, if any.


That the name of each of such persons is unknown to Plaintiff and on diligent inquiry cannot be ascertained, and all such persons are therefore made party defendants to this action by the name and description of UNKNOWN OWNERS and NONRECORD CLAIMANTS.

## REQUEST FOR RELIEF

**WHEREFORE, THE PLAINTIFF REQUESTS:**

(i)      A judgment of foreclosure and sale.

(ii)     An order granting a shortened redemption period, if sought.

(iii)    An order granting possession, if sought.

(iv)   An order placing the mortgagee in possession or appointing a receiver, if sought.

(v)    A judgment for attorneys' fees, costs and expenses, if sought.

(vi)   For the appointment of a Selling Officer, if deemed appropriate by this court.

(vii)  Such other and further relief as this court deems just.


The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12

BY: /s/ Jason Shulman
      ARDC No. 6283998
      CODILIS & ASSOCIATES, P.C.
      One of its Attorneys


Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
pleadings@il.cslegal.com
Cook #21762
14-19-10942

**NOTE: This law firm is a debt collector.**

FILED DATE: 12/4/2019 12:27 PM   2019CH13977

FILED DATE: 12/4/2019 12:27 PM  2019CH13977

This instrument was prepared by:

**EXHIBIT A**

Name:

Address:

After Recording Return To:
**First Capital Mortgage Corp.**
**600 W. Chicago Ave., Suite 730**
**Chicago, IL 60610**

Doc#:  0427444046
Eugene "Gene" Moore  Fee: $50.60
Cook County Recorder of Deeds
Date: 09/30/2004 11:28 AM  Pg: 1 of 14

**PERSONAL INFORMATION REDACTED**

[Space Above This Line For Recording Data]

# MORTGAGE

MIN:

Loan Number

DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

**(A)** "Security Instrument" means this document, which is dated **September 17, 2004**                    , together with all Riders to this document.

**(B)** "Borrower" is  **Barbara A. Smith,  A Widow**

Borrower is the mortgagor under this Security Instrument.

**(C)** "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the mortgage under this Security Instrument.** MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

**(D)** "Lender" is  **First Capital Mortgage Corp.**
Lender is a  **Corporation**                                                                  organized and existing under
the laws of  **Illinois**                                                                                    . Lender's address is
**600 W. Chicago Ave., Suite 730, Chicago, IL  60610**

**(E)** "Note" means the promissory note signed by Borrower and dated  **September 17, 2004**                    . The Note states that Borrower owes Lender  **One Hundred Fifteen Thousand Five Hundred and no/100**
Dollars (U.S. $  **115,500.00**                    ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than  **October 01, 2034**                    .

**(F)** "Property" means the property that is described below under the heading "Transfer of Rights in the Property."

**(G)** "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

ILLINOIS—Single Family—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT

Nations Title Agency
246 E. Janata Blvd. #300
Lombard, IL 60148

Form 3014 1/01
GREATLAND ■
To Order Call: 1-800-530-9393 □ Fax: 616-791-1131

(Page 1 of 12 pages)

## LEGAL DESCRIPTION

THE SOUTH 13 FEET OF LOT 17 AND ALL OF LOT 18 AND THE NORTH 4 FEET OF LOT 19 IN BLOCK 75 IN WASHINGTON HEIGHTS IN THE NORTHEAST QUARTER OF SECTION 19, TOWNSHIP 37 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN IN COOK COUNTY ILLINOIS.

25·19·216·033



FILED DATE: 12/4/2019 12:27 PM   2019CH13977

Nations Title Agency
246 E. Janata Blvd. #300
Lombard, IL 60148

FILED DATE: 12/4/2019 12:27 PM    2019CH13977

**(H)** **"Riders"** means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

☐ Adjustable Rate Rider     ☐ Condominium Rider     ☐ Second Home Rider

☐ Balloon Rider     ☐ Planned Unit Development Rider     ☒ Other(s) [specify] **Prepayment Rider**

☐ 1-4 Family Rider     ☐ Biweekly Payment Rider

**(I)** **"Applicable Law"** means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

**(J)** **"Community Association Dues, Fees, and Assessments"** means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

**(K)** **"Electronic Funds Transfer"** means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

**(L)** **"Escrow Items"** means those items that are described in Section 3.

**(M)** **"Miscellaneous Proceeds"** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

**(N)** **"Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or default on, the Loan.

**(O)** **"Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

**(P)** **"RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. §2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

**(Q)** **"Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

Nations Title Agency
246 E. Janata Blvd. #300
Lombard, IL 60148

FILED DATE: 12/4/2019 12:27 PM   2019CH13977

## TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to MERS (solely as nominee for Lender and Lender's successors and assigns) and to the successors and assigns of MERS the following described property located in the

| **County** | of | **Cook** | : |
|---|---|---|---|
| [Type of Recording Jurisdiction] | | [Name of Recording Jurisdiction] | |

**See legal description attached hereto as shown in Exhibit A**

A.P.N.  25-19-216-033

**A.P.N**

which currently has the address of                    **11342 S. Church Street**
                                                                          [Street]

**Chicago**          , Illinois          **60643**          ("Property Address"):
[City]                                        [Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:
1.    **Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S. currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or (d) Electronic Funds Transfer.
Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or

ILLINOIS—Single Family—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
*(Page 3 of 12 pages)*

Nations Title Agency
246 E. Janata Blvd. #300
Lombard, IL 60148

Form 3014 1/01
GREATLAND ■
□ To Order Call: 1-800-530-9393 □ Fax: 616-791-1131

partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to refuse such payment or partial payments in the future, but Lender is not obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument.

2.    **Application of Payments or Proceeds.** Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority: (a) interest due under the Note; (b) principal due under the Note; (c) amounts due under Section 3. Such payments shall be applied to each Periodic Payment in the order in which it became due. Any remaining amounts shall be applied first to late charges, second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note.

If Lender receives a payment from Borrower for a delinquent Periodic Payment which includes a sufficient amount to pay any late charge due, the payment may be applied to the delinquent payment and the late charge. If more than one Periodic Payment is outstanding, Lender may apply any payment received from Borrower to the repayment of the Periodic Payments if, and to the extent that, each payment can be paid in full. To the extent that any excess exists after the payment is applied to the full payment of one or more Periodic Payments, such excess may be applied to any late charges due. Voluntary prepayments shall be applied first to any prepayment charges and then as described in the Note.

Any application of payments, insurance proceeds, or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date, or change the amount, of the Periodic Payments.

3.    **Funds for Escrow Items.** Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums, if any, or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums in accordance with the provisions of Section 10. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, Fees, and Assessments, if any, be escrowed by Borrower, and such dues, fees and assessments shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 15 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this Section 3.

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with Applicable Law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA.

Nations Title Agency
246 E. Janata Blvd. #300
Lombard, IL 60148

FILED DATE: 12/4/2019 12:27 PM    2019CH13977

If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than 12 monthly payments. If there is a deficiency of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender.

**4. Charges; Liens.** Borrower shall pay all taxes, assessments, charges, fines, and impositions attributable to the Property which can attain priority over this Security Instrument, leasehold payments or ground rents on the Property, if any, and Community Association Dues, Fees, and Assessments, if any. To the extent that these items are Escrow Items, Borrower shall pay them in the manner provided in Section 3.

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement; (b) contests the lien in good faith by, or defends against enforcement of the lien in, legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which can attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Within 10 days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more of the actions set forth above in this Section 4.

Lender may require Borrower to pay a one-time charge for a real estate tax verification and/or reporting service used by Lender in connection with this Loan.

**5. Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower.

If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage, at Lender's option and Borrower's expense. Lender is under no obligation to purchase any particular type or amount of coverage. Therefore, such coverage shall cover Lender, but might or might not protect Borrower, Borrower's equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. Borrower acknowledges that the cost of the insurance coverage so obtained might significantly exceed the cost of insurance that Borrower could have obtained. Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

All insurance policies required by Lender and renewals of such policies shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause, and shall name Lender as mortgagee and/or as an additional loss payee. Lender shall have the right to hold the policies and renewal certificates. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. If Borrower obtains any form of insurance coverage, not otherwise required by Lender, for damage to, or destruction of, the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee.

In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower. Unless Lender and Borrower otherwise agree in writing, any insurance proceeds, whether or not the underlying insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly.

Nations Title Agency
246 E. Janata Blvd. #300
Lombard, IL 60148

Form 3014 1/01
GREATLAND ■
To Order Call: 1-800-530-9393 □ Fax: 616-791-1131

FILED DATE: 12/4/2019 12:27 PM   2019CH13977

Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds. Fees for public adjusters, or other third parties, retained by Borrower shall not be paid out of the insurance proceeds and shall be the sole obligation of Borrower. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2.

If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claim and related matters. If Borrower does not respond within 30 days to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate and settle the claim. The 30-day period will begin when the notice is given. In either event, or if Lender acquires the Property under Section 22 or otherwise, Borrower hereby assigns to Lender (a) Borrower's rights to any insurance proceeds in an amount not to exceed the amounts unpaid under the Note or this Security Instrument, and (b) any other of Borrower's rights (other than the right to any refund of unearned premiums paid by Borrower) under all insurance policies covering the Property, insofar as such rights are applicable to the coverage of the Property. Lender may use the insurance proceeds either to repair or restore the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due.

6.   **Occupancy.** Borrower shall occupy, establish, and use the Property as Borrower's principal residence within 60 days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender otherwise agrees in writing, which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control.

7.   **Preservation, Maintenance and Protection of the Property; Inspections.** Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate or commit waste on the Property. Whether or not Borrower is residing in the Property, Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible, Borrower shall promptly repair the Property if damaged to avoid further deterioration or damage. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property, Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of Borrower's obligation for the completion of such repair or restoration.

Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior of the improvements on the Property. Lender shall give Borrower notice at the time of or prior to such an interior inspection specifying such reasonable cause.

8.   **Borrower's Loan Application.** Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence.

9.   **Protection of Lender's Interest in the Property and Rights Under this Security Instrument.** If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument; (b) appearing in court; and (c) paying reasonable attorneys' fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9.

Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

ILLINOIS—Single Family—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT

Form 3014 1/01
GREATLAND ■
To Order Call: 1-800-530-9393 □ Fax: 616-791-1131

*(Page 6 of 12 pages)*

If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

**10. Mortgage Insurance.** If Lender required Mortgage Insurance as a condition of making the Loan, Borrower shall pay the premiums required to maintain the Mortgage Insurance in effect. If, for any reason, the Mortgage Insurance coverage required by Lender ceases to be available from the mortgage insurer that previously provided such insurance and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the Mortgage Insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the Mortgage Insurance previously in effect, from an alternate mortgage insurer selected by Lender. If substantially equivalent Mortgage Insurance coverage is not available, Borrower shall continue to pay to Lender the amount of the separately designated payments that were due when the insurance coverage ceased to be in effect. Lender will accept, use and retain these payments as a non-refundable loss reserve in lieu of Mortgage Insurance. Such loss reserve shall be non-refundable, notwithstanding the fact that the Loan is ultimately paid in full, and Lender shall not be required to pay Borrower any interest or earnings on such loss reserve. Lender can no longer require loss reserve payments if Mortgage Insurance coverage (in the amount and for the period that Lender requires) provided by an insurer selected by Lender again becomes available, is obtained, and Lender requires separately designated payments toward the premiums for Mortgage Insurance. If Lender required Mortgage Insurance as a condition of making the Loan and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to maintain Mortgage Insurance in effect, or to provide a non-refundable loss reserve, until Lender's requirement for Mortgage Insurance ends in accordance with any written agreement between Borrower and Lender providing for such termination or until termination is required by Applicable Law. Nothing in this Section 10 affects Borrower's obligation to pay interest at the rate provided in the Note.

Mortgage Insurance reimburses Lender (or any entity that purchases the Note) for certain losses it may incur if Borrower does not repay the Loan as agreed. Borrower is not a party to the Mortgage Insurance.

Mortgage insurers evaluate their total risk on all such insurance in force from time to time, and may enter into agreements with other parties that share or modify their risk, or reduce losses. These agreements are on terms and conditions that are satisfactory to the mortgage insurer and the other party (or parties) to these agreements. These agreements may require the mortgage insurer to make payments using any source of funds that the mortgage insurer may have available (which may include funds obtained from Mortgage Insurance premiums).

As a result of these agreements, Lender, any purchaser of the Note, another insurer, any reinsurer, any other entity, or any affiliate of any of the foregoing, may receive (directly or indirectly) amounts that derive from (or might be characterized as) a portion of Borrower's payments for Mortgage Insurance, in exchange for sharing or modifying the mortgage insurer's risk, or reducing losses. If such agreement provides that an affiliate of Lender takes a share of the insurer's risk in exchange for a share of the premiums paid to the insurer, the arrangement is often termed "captive reinsurance." Further:

(a) **Any such agreements will not affect the amounts that Borrower has agreed to pay for Mortgage Insurance, or any other terms of the Loan. Such agreements will not increase the amount Borrower will owe for Mortgage Insurance, and they will not entitle Borrower to any refund.**

(b) **Any such agreements will not affect the rights Borrower has—if any—with respect to the Mortgage Insurance under the Homeowners Protection Act of 1998 or any other law. These rights may include the right to receive certain disclosures, to request and obtain cancellation of the Mortgage Insurance, to have the Mortgage Insurance terminated automatically, and/or to receive a refund of any Mortgage Insurance premiums that were unearned at the time of such cancellation or termination.**

**11. Assignment of Miscellaneous Proceeds; Forfeiture.** All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender.

If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds, Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds. If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2.

In the event of a total taking, destruction, or loss in value of the Property, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower.

ILLINOIS—Single Family—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT

*(Page 7 of 12 pages)*

Form 3014 1/01
GREATLAND ■
To Order Call: 1-800-530-9393 □ Fax: 616-791-1131

Nations Title Agency
246 E. Janata Blvd. #300
Lombard, IL 60148

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value. Any balance shall be paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, Borrower fails to respond to Lender within 30 days after the date the notice is given, Lender is authorized to collect and apply the Miscellaneous Proceeds either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due. "Opposing Party" means the third party that owes Borrower Miscellaneous Proceeds or the party against whom Borrower has a right of action in regard to Miscellaneous Proceeds.

Borrower shall be in default if any action or proceeding, whether civil or criminal, is begun that, in Lender's judgment, could result in forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 19, by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgment, precludes forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. The proceeds of any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender.

All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2.

**12. Borrower Not Released; Forbearance By Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower. Lender shall not be required to commence proceedings against any Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower. Any forbearance by Lender in exercising any right or remedy including, without limitation, Lender's acceptance of payments from third persons, entities or Successors in Interest of Borrower or in amounts less than the amount then due, shall not be a waiver of or preclude the exercise of any right or remedy.

**13. Joint and Several Liability; Co-signers; Successors and Assigns Bound.** Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent.

Subject to the provisions of Section 18, any Successor in Interest of Borrower who assumes Borrower's obligations under this Security Instrument in writing, and is approved by Lender, shall obtain all of Borrower's rights and benefits under this Security Instrument. Borrower shall not be released from Borrower's obligations and liability under this Security Instrument unless Lender agrees to such release in writing. The covenants and agreements of this Security Instrument shall bind (except as provided in Section 20) and benefit the successors and assigns of Lender.

**14. Loan Charges.** Lender may charge Borrower fees for services performed in connection with Borrower's default, for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, including, but not limited to, attorneys' fees, property inspection and valuation fees. In regard to any other fees, the absence of express authority in this Security Instrument to charge a specific fee to Borrower shall not be construed as a prohibition on the charging of such fee. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law.

If the Loan is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan

ILLINOIS—Single Family—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT

*(Page 8 of 12 pages)*

Form 3014 1/01
GREATLAND ■
To Order Call: 1-800-530-9393 □ Fax: 616-791-1131

FILED DATE: 12/4/2019 12:27 PM   2019CH13977

charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge (whether or not a prepayment charge is provided for under the Note). Borrower's acceptance of any such refund made by direct payment to Borrower will constitute a waiver of any right of action Borrower might have arising out of such overcharge.

**15. Notices.** All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.

**16. Governing Law; Severability; Rules of Construction.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. Applicable Law might explicitly or implicitly allow the parties to agree by contract or it might be silent, but such silence shall not be construed as a prohibition against agreement by contract. In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision.

As used in this Security Instrument: (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and include the plural and vice versa; and (c) the word "may" gives sole discretion without any obligation to take any action.

**17. Borrower's Copy.** Borrower shall be given one copy of the Note and of this Security Instrument.

**18. Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

**19. Borrower's Right to Reinstate After Acceleration.** If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of: (a) five days before sale of the Property pursuant to Section 22 of this Security Instrument; (b) such other period as Applicable Law might specify for the termination of Borrower's right to reinstate; or (c) entry of a judgment enforcing this Security Instrument. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument; and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument, and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged unless as otherwise provided under Applicable Law. Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon

an institution whose deposits are insured by a federal agency, instrumentality or entity; or (d) Electronic Funds Transfer. Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under Section 18.

20. **Sale of Note; Change of Loan Servicer; Notice of Grievance.** The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower. A sale might result in a change in the entity (known as the "Loan Servicer") that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument, and Applicable Law. There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA requires in connection with a notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations to Borrower will remain with the Loan Servicer or be transferred to a successor Loan Servicer and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser.

Neither Borrower nor Lender may commence, join, or be joined to any judicial action (as either an individual litigant or the member of a class) that arises from the other party's actions pursuant to this Security Instrument or that alleges that the other party has breached any provision of, or any duty owed by reason of, this Security Instrument, until such Borrower or Lender has notified the other party (with such notice given in compliance with the requirements of Section 15) of such alleged breach and afforded the other party hereto a reasonable period after the giving of such notice to take corrective action. If Applicable Law provides a time period which must elapse before certain action can be taken, that time period will be deemed to be reasonable for purposes of this paragraph. The notice of acceleration and opportunity to cure given to Borrower pursuant to Section 22 and the notice of acceleration given to Borrower pursuant to Section 18 shall be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 20.

21. **Hazardous Substances.** As used in this Section 21: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants, or wastes by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup.

Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property (a) that is in violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property (including, but not limited to, hazardous substances in consumer products).

Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance, and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns, or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup.

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

22. **Acceleration; Remedies. Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under Section 18 unless Applicable Law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument, foreclosure by judicial proceeding and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense of Borrower to acceleration and foreclosure. If the default is not**

FILED DATE: 12/4/2019 12:27 PM   2019CH13977

cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may foreclose this Security Instrument by judicial proceeding. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 22, including, but not limited to, reasonable attorneys' fees and costs of title evidence.

23. **Release.** Upon payment of all sums secured by this Security Instrument, Lender shall release this Security Instrument. Borrower shall pay any recordation costs. Lender may charge Borrower a fee for releasing this Security Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted under Applicable Law.

24. **Waiver of Homestead.** In accordance with Illinois law, the Borrower hereby releases and waives all rights under and by virtue of the Illinois homestead exemption laws.

25. **Placement of Collateral Protection Insurance.** Unless Borrower provides Lender with evidence of the insurance coverage required by Borrower's agreement with Lender, Lender may purchase insurance at Borrower's expense to protect Lender's interests in Borrower's collateral. This insurance may, but need not, protect Borrower's interests. The coverage that Lender purchases may not pay any claim that Borrower makes or any claim that is made against Borrower in connection with the collateral. Borrower may later cancel any insurance purchased by Lender, but only after providing Lender with evidence that Borrower has obtained insurance as required by Borrower's and Lender's agreement. If Lender purchases insurance for the collateral, Borrower will be responsible for the costs of that insurance, including interest and any other charges Lender may impose in connection with the placement of the insurance, until the effective date of the cancellation or expiration of the insurance. The costs of the insurance may be added to Borrower's total outstanding balance or obligation. The costs of the insurance may be more than the cost of insurance Borrower may be able to obtain on its own.

Nations Title Agency
246 E. Janata Blvd. #300
Lombard, IL 60148

0427444646 Page: 13 of 14

FILED DATE: 12/4/2019 12:27 PM   2019CH13977

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in pages 1 through 12 of this Security Instrument and in any Rider executed by Borrower and recorded with it.

_____ (Seal)          _____ (Seal)
Barbara A. Smith                  -Borrower                                          -Borrower

_____ (Seal)          _____ (Seal)
                                  -Borrower                                          -Borrower

_____ (Seal)          _____ (Seal)
                                  -Borrower                                          -Borrower

Witness: Rose Pacheco                             Witness: _____

State of Illinois
County of ~~Cook~~ Will

This instrument was acknowledged before me on      9-17-04                          (date) by
Barbara A. Smith

                                                                   (name[s] of person[s]).

                                                   Rose Pacheco
                                                   _____
                                                   Notary Public

OFFICIAL SEAL
ROSE PACHECO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/02/07

Nations Title Agency
246 E. Janata Blvd. #300
Lombard, IL 60148

ILLINOIS—Single Family---Fannie Mae/Freddie Mac UNIFORM INSTRUMENT              Form 3014 1/01
                        (Page 12 of 12 pages)                                  GREATLAND ■
                                                                To Order Call: 1-800-530-9393 ☐ Fax: 616-791-1131

# PREPAYMENT RIDER

Loan Number: ███████

Date: 9/17/2004

Borrower(s): Barbara A. Smith

FOR VALUE RECEIVED, the undersigned ("Borrower") agree(s) that the following provisions shall be incorporated into and shall be deemed to amend and supplement the Mortgage, Deed of Trust or Security Deed of even date herewith (the "Security Instrument") executed by Borrower, as trustor or mortgagor, in favor of First Capital Mortgage Corp..

("Lender"), as beneficiary or mortgagee, and also into that certain promissory note (the "Note") of even date herewith executed by Borrower in favor of Lender. To the extent that the provisions of this Prepayment Rider (the "Rider") are inconsistent with the provisions of the Security Instrument and/or the Note, the provisions of the Rider shall prevail over and shall supersede any such inconsistent provisions of the Security Instrument and/or the Note.

The Security Instrument encumbers the Property more specifically described in the Security Instrument and located at 11342 S. Church Street, Chicago, IL 60643.

Section 4 of the Note is amended to read in its entirety as follows:

"4.  BORROWER'S RIGHT TO PREPAY

        I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.
        The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under the Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due dates of my monthly payment unless the Note Holder agrees in writing to those changes.
        If the Note provides for changes in the interest rate, my partial Prepayment may reduce the amount of my monthly payments after the first Change Date following my partial Prepayment. However, any reduction due to my partial Prepayment may be offset by an interest rate increase.
        If within the first  3 year(s) from the date of execution of the Security Instrument I make a full or partial Prepayment, and the total of such Prepayments in any 12-month period exceed twenty percent (20%) of the original Principal amount of the loan, I will pay a Prepayment charge in an amount equal to six (6) months advance interest on the amount by which the total of my Prepayments within that 12-month period exceeds twenty percent (20%) of the original Principal amount of the loan."

By signing below, Borrower accepts and agrees to the terms and provisions contained in this Rider.

_____  7-18-04          _____
Barbara A. Smith          Date                              Date

_____                   _____
                          Date                              Date

_____                   _____
                          Date                              Date

Nations Title Agency
246 E. Janata Blvd. #300
Lombard, IL 60148

FILED DATE: 12/4/2019 12:27 PM  2019CH13977

EXHIBIT B

PERSONAL INFORMATION REDACTED

# NOTE

FILED DATE: 12/4/2019 12:27 PM   2019CH13977

| September 17, 2004 | Chicago | Loan Number | Illinois |
|---|---|---|---|
| [Date] | [City] | | [State] |

11342 S. Church Street
Chicago, IL 60643

[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 115,500.00 (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is **First Capital Mortgage Corp.**

I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of **6.6500%**.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

## 3. PAYMENTS

### (A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the **1st** day of each month beginning on **November 01, 2004**. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on **October 01, 2034**, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at **First Capital Mortgage Corp., 600 W. Chicago Ave., Suite 730, Chicago, IL 60610**

or at a different place if required by the Note Holder.

### (B) Amount of Monthly Payments

My monthly payment will be in the amount of U.S. **$741.47**

## 4. BORROWER'S RIGHT TO PREPAY   See PP Note Addendum and/or PP Rider, if applicable

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

MULTISTATE FIXED RATE NOTE—Single Family—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT   Form 3200 1/01

*(Page 1 of 3 pages)*   GREATLAND ■
To Order Call: 1-800-530-9393 □ Fax: 616-791-1131

FILED DATE: 12/4/2019 12:27 PM   2019CH13977

## 5.   LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

## 6.   BORROWER'S FAILURE TO PAY AS REQUIRED

### (A)  Late Charge for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of **15** calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be **5.0000%** of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

### (B)  Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

### (C)  Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

### (D)  No Waiver By Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

### (E)  Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 7.   GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 8.   OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 9.   WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

## 10.  UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in

FILED DATE: 12/4/2019 12:27 PM   2019CH13977

this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

Borrower has executed and acknowledges receipt of pages 1 through 3 of this Note.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED

_____ (Seal)          _____ (Seal)
Barbara A. Smith          -Borrower                                    -Borrower


_____ (Seal)          _____ (Seal)
                          -Borrower                                    -Borrower


_____ (Seal)          _____ (Seal)
                          -Borrower                                    -Borrower


*[Sign Original Only]*

# PREPAYMENT ADDENDUM TO NOTE

Date: 9/17/2004

Loan Number ███████

Borrower: Barbara A. Smith

THIS PREPAYMENT ADDENDUM TO NOTE (the "Addendum") is made 9/17/2004, and is incorporated into and shall be deemed to amend and supplement that certain promissory note (the "Note") made by the undersigned ("Borrower") in favor of First Capital Mortgage Corp. ("Lender") and dated the same date as this Addendum. Repayment of the Note is secured by a Mortgage, Deed of Trust, of Security Deed (the "Security Instrument") given by Borrower in favor of Lender and dated the same date as this Addendum. TO the extent that the provisions of this Addendum are inconsistent with the provisions of the Note, the provisions of this Addendum shall supersede the inconsistent provisions of the Note.

ADDITIONAL COVENANTS. In addition to the convenants and agreements made in the Note, Borrower and Lender further covenant and agree as follows:

Section 4 of the Note is amended to read in its entirety as follows:

4. **BORROWER'S RIGHT TO PREPAY**
   I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.
   The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under the Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due dates of my monthly payment unless the Note Holder agrees in writing to those changes.
   If the Note provides for changes in the interest rate, my partial Prepayment may reduce the amount of my monthly payments after the first Change Date following my partial Prepayment. However, any reduction due to my partial Prepayment may be offset by an interest rate increase.
   If within the first 3 year(s) from the date of execution of the Security Instrument I make a full or partial Prepayment, and the total of such Prepayments in any 12-month period exceed twenty percent (20%) of the original Principal amount of the loan, I will pay a Prepayment charge in an amount equal to six (6) months advance interest on the amount by which the total of my Prepayments within that 12-month period exceeds twenty percent (20%) of the original Principal amount of the loan."

By signing below, Borrower accepts and agrees to the terms and provisions contained in this Addendum.

_Barbara A. Smith_    9-17-04                                           
Barbara A. Smith       DATE                                                  DATE

_____                _____
DATE                                                     DATE

FILED DATE: 12/4/2019 12:27 PM 2019CH13977

FILED DATE: 12/4/2019 12:27 PM   2019CH13977

# ALLONGE TO NOTE

Loan Number: ▮▮▮▮▮▮▮▮

Borrower Name: Barbara A. Smith

Property Address: 11342 S. Church Street
Chicago, IL 60643

Note Date: 9/17/2004

Loan Amount: $115,500.00

Pay to the Order of

Countrywide Document Custody Servic
A Division of Treasury Bank, N

Without Recourse on

By: Michael Goldhirsh, President

**Michael Goldhirsh**

Its: **CEO**

First Capital Mortgage Corp.

PAY TO THE ORDER OF
COUNTRYWIDE HOME LOANS INC.
WITHOUT RECOURSE
COUNTRYWIDE DOCUMENT CUSTODY SERVICES,
A DIVISION OF TREASURY BANK, NA
BY _____ LAURIE MEDER
VICE PRESIDENT

PAY TO THE ORDER OF
WITHOUT RECOURSE
COUNTRYWIDE HOME LOANS, INC.
BY _____ David A. Spector
Managing Director

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
1/3/2020 4:41 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019CH13977

**Circuit Court of Cook County, Illinois, County Department**
**Chancery Division**

The Bank of New York Mellon, F/K/A The Bank of New York as
trustee for registered Holders of CWABS, Inc., Asset-Backed
Certificates, Series 2004-12,

Plaintiff,

vs.

Kimberly Bess; Midland Funding, LLC; Unknown Owners and
Nonrecord Claimants,

Defendant.

Case No.: 2019CH13977          7939804

**AFFIDAVIT TO ALLOW**
**SERVICE BY PUBLICATION**
**PURSUANT 735 ILCS 5/2-206**

I, Mark Skrzydlak, the undersigned, states on oath as to **Kimberly Bess**

1. **Kimberly Bess** resides or has gone out of this State, or on due inquiry cannot be found, or is concealed within this state, so that process cannot be served upon them. Service upon **Kimberly Bess,** was attempted by United Processing, Inc (see exhibit B).

2. I have made diligent inquiry as to the whereabouts of **Kimberly Bess**, (see exhibit A).

3. That upon my diligent inquiry, the place of residence of **Kimberly Bess** cannot be ascertained and/or their last known place of residence is: **11342 S. Church Street, Chicago, IL, 60643**

4. That I, Mark Skrzydlak, the undersigned, under penalties as provided by law pursuant to section 1-109 of the Code of Civil Procedure, certifies that the statement set forth in this instrument are true and correct.

Mark Skrzydlak

United Processing, Inc.
180 North Wabash Suite 615
Chicago, IL 60601
(312) 629-0140
File Number: 14-19-10942



*705962*

FILED DATE: 1/3/2020 4:41 PM   2019CH13977

**EXHIBIT A**

## Circuit Court of Cook County, Illinois, County Department
## Chancery Division

FILED DATE: 1/3/2020 4:41 PM   2019CH13977

The Bank of New York Mellon, F/K/A The Bank of New
York as trustee for registered Holders of CWABS, Inc.,
Asset-Backed Certificates, Series 2004-12,

              vs.      Plaintiff,

Kimberly Bess; Midland Funding, LLC; Unknown
Owners and Nonrecord Claimants,

              Defendant.

**Case No.: 2019CH13977**

**AFFIDAVIT OF DUE DILIGENCE
PURSUANT TO LOCAL RULE 7.3**

---

I, Mark Skrzydlak, the undersigned, performed diligent search and inquiry to discover the name and
residence of **Kimberly Bess** by the following acts set forth below.

After my diligent search and inquiry, the residence of the subject person is unknown.

SUBJECT NAME: **Kimberly Bess**
LAST KNOWN ADDRESS: **11342 S. Church Street, Chicago, IL, 60643**

**A. Inquiry of Telephone Company:**
1. Search of clear.thomsonreuters.com was unsuccessful. No addresses outside of the addresses attempted
could be obtained through a telephone search.

**B: Local and Federal Prison Search:**
1. Search of Local and Federal prisons were unsuccessful in finding the named defendant.

**C: Other Inquiries**
The use of Clear-Thomson-Reuters, a private database that utilizes thousands of different public records
databases and other resources, provided the following result: 15518 MINERVA AVE DOLTON, IL
60419-2723.

**D: Other Inquiries run through CLEAR-Thomson Reuters**
1. Possible Real-Time Vehicles: Provided no recent viable new address outside of attempted addresses.
2. Possible Vehicles Registered to the Subject: Provided no recent viable new address outside of attempted
addresses.
3. Possible Death Records: Provided no recent viable new address outside of attempted addresses.
4. Possible Other Records/Names Associated with Subject's SSN: Provided no recent viable new address
outside of attempted addresses.
5. Possible Utility Services: Provided no recent viable new address outside of attempted addresses.
6. Phone Listings for Subject's Addresses: Provided no recent viable new address outside of attempted
addresses.
7. Possible Businesses Registered at Subject's Addresses: Provided no recent viable new address outside
of attempted addresses.
8. Possible Driver's Licenses: Provided no recent viable new address outside of attempted addresses.
9. Possible Waterfront Residency: Provided no recent viable new address outside of attempted addresses.
10. Possible Foreclosures: Provided no recent viable new address outside of attempted addresses.
11. Possible Watercraft: Provided no recent viable new address outside of attempted addresses.
12. Possible FAA Aircraft Registrations: Provided no recent viable new address outside of attempted
addresses.
13. Possible Unclaimed Assets: Provided no recent viable new address outside of attempted addresses.
14. Possible Criminal Records and Traffic Citations: Provided no recent viable new address outside of
attempted addresses.
15. Possible Arrests: Provided no recent viable new address outside of attempted addresses.
16. Possible Real-Time Incarceration and Arrest Records: Provided no recent viable new address outside
of attempted addresses.
17. Possible Infractions: Provided no recent viable new address outside of attempted addresses.
18. Possible UCC Filings: Provided no recent viable new address outside of attempted addresses.
19. Possible Bankruptcies: Provided no recent viable new address outside of attempted addresses.
20. Possible Liens and Judgments: Provided no recent viable new address outside of attempted addresses.
21. Possible Lawsuit: Provided no recent viable new address outside of attempted addresses.
22. Possible Dockets: Provided no recent viable new address outside of attempted addresses.
23. Possible Military Records: Provided no recent viable new address outside of attempted addresses.

FILED DATE: 1/3/2020 4:41 PM 2019CH13977

24. Possible Licenses: Provided no recent viable new address outside of attempted addresses.

25. Possible Business Affiliations: Provided no recent viable new address outside of attempted addresses.

26. Possible Significant Shareholders: Provided no recent viable new address outside of attempted addresses.

27. Possible Political Donors: Provided no recent viable new address outside of attempted addresses.

28. Possible Voter Registrations: Provided no recent viable new address outside of attempted addresses.

29. Possible Marriages: Provided no recent viable new address outside of attempted addresses.

30. Possible Divorces: Provided no recent viable new address outside of attempted addresses.

31. Possible Licensed Drivers at Subject's Addresses: Provided no recent viable new address outside of attempted addresses.

32. Possible Property Owners of Subject's Addresses: Provided no recent viable new address outside of attempted addresses.

33. Possible Real Property Ownership and Deed Transfers: Provided no recent viable new address outside of attempted addresses.

34. Possible Vehicles Registered at Subject's Addresses: Provided no recent viable new address outside of attempted addresses.

35. Possible Real-Time Vehicles: Provided no recent viable new address outside of attempted addresses.

**AFFIANT**

Signed and sworn to before me on
this ___ day of JANUARY , 20 20 .



**Mark Skrzydlak**

County of Cook

Date: 1/2/20

Notary Public

United Processing, Inc.
180 North Wabash Suite 615
Chicago, IL 60601
(312) 629-0140
File Number: 14-19-10942

JOSEPH J FINN
Official Seal
Notary Public - State of Illinois
My Commission Expires Apr 1, 2022

*705962*

FILED DATE: 1/3/2020 4:41 PM    2019CH13977

# EXHIBIT B

FILED DATE: 1/3/2020 4:41 PM  2019CH13977

## Circuit Court of Cook County, Illinois, County Department
### Chancery Division

The Bank of New York Mellon, F/K/A The Bank of New York as
trustee for registered Holders of CWABS, Inc., Asset-Backed
Certificates, Series 2004-12,

      Plaintiff,

vs.

Kimberly Bess; Midland Funding, LLC; Unknown Owners and
Nonrecord Claimants,

      Defendant.

**Case No.: 2019CH13977**

**AFFIDAVIT OF ATTEMPTED
SERVICE**

I, Luis Daza, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of United Processing, Inc., a licensed private detective
agency, license number 117-001101, appointed by the court to serve process in the above-referenced cause.

I have made each of the following attempts at 11342 S. Church Street , Chicago, IL 60643 and have been unable to effect
service of the within Mortgage Foreclosure Summons and Complaint to Foreclose Mortgage on Kimberly Bess for the
reason(s) indicated below:

| Date/Time | Remarks |
|---|---|
| 12/05/2019-8:32 PM | THIS PROPERTY IS A TWO-STORY WHITE FRAME SINGLE-FAMILY HOUSE WITH DETACHED GARAGE. LIGHTS ON INSIDE THE PROPERTY. I KNOCKED ON THE FRONT DOOR WITH NO ANSWER. |
| 12/09/2019-2:24 PM | THIS PROPERTY IS A TWO-STORY WHITE FRAME SINGLE-FAMILY HOUSE WITH DETACHED GARAGE. I SPOKE WITH RENTER. BLACK MALE LATE 30S, HE REFUSED TO GIVE HIS NAME. HE STATED THAT HE RENTS THE PROPERTY FROM KIMBERLY. HE ALSO STATED SHE DOES NOT RESIDE HERE. NO FORWARDING INFORMATION PROVIDED. THIS IS A BAD ADDRESS. |

Comments/Prev. Attempts: This property is a two-story white frame single-family house with detached garage. I spoke with
renter. Black male late 30s, he refused to give his name. He stated that he rents the property from Kimberly. He also stated she
does not reside here. No forwarding information provided. This is a bad address.

Signed and sworn to before me on
this __15__ day of __DECEMBER__, 20 _19_.

County of Cook

_____
Notary Public

X _____
Luis Daza
Investigator
Date Signed: __12/15/19__
License(s): Agency: 117-001101

United Processing, Inc.
180 North Wabash Suite 615
Chicago, IL 60601
(312) 629-0140
File # 14-19-10942

Fees:
Non-Service     $85.00

**TOTAL:**     **$85.00**



*705962*

JOSEPH J FINN
Official Seal
Notary Public - State of Illinois
My Commission Expires Apr 1, 2022

FILED DATE: 1/3/2020 4:41 PM   2019CH13977

## Circuit Court of Cook County, Illinois, County Department
## Chancery Division

The Bank of New York Mellon, F/K/A The Bank of New York as
trustee for registered Holders of CWABS, Inc., Asset-Backed
Certificates, Series 2004-12,

        Plaintiff,

vs.

Kimberly Bess; Midland Funding, LLC; Unknown Owners and
Nonrecord Claimants,

        Defendant.

**Case No.: 2019CH13977**

**AFFIDAVIT OF ATTEMPTED
SERVICE**

I, Anna M. Canole, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of United Processing, Inc.

I have made each of the following attempts at **15518 MINERVA AVE , DOLTON, IL 60419-272** and have been unable to
effect service of the within Mortgage Foreclosure Summons and Complaint to Foreclose Mortgage on **Kimberly Bess** for the
reason(s) indicated below:

| Date/Time | Remarks |
|---|---|
| 12/19/2019-12:02 PM | I spoke with a B/M/30+ who said he purchased the home 4 months ago; defendant no longer lives here. |

Comments/Prev. Attempts: I spoke with a B/M/30+ who said he purchased the home 4 months ago; defendant no longer lives
here.



X _____
**Anna M. Canole**
Investigator
Date Signed: 12-27-19
License(s): Agency:117-001101

Signed and sworn to before me on
this 27th day of December, 2019.

County of  WILL

_____
Notary Public

    **OFFICIAL SEAL**
    **CHRISTINE LEVAULT**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/25/21

United Processing, Inc.
180 North Wabash Suite 625
Chicago, IL 60601
(312) 629-0140
**File # 14-19-10942**

Fees:
Non-Service      $85.00

**TOTAL:**      **$85.00**

*786659*

**Certificate of Mailing Notice**

## IN THE CIRCUIT COURT OF COOK COUNTY

The Bank of New York Mellon v Kimberly Bess

**NO.** 2019CH13977

I, **DOROTHY A. BROWN**, Clerk of the Circuit Court of Cook County, in and for said County, in the State of Illinois, I hereby certify that on the 9th day of January AD 2020, I sent by mail, postage prepaid, a Notice, a copy of which is attached hereto, to the following defendants, and addressed as follows:

**One Copy to :** KIMBERLY BESS, 11342 S. CHURCH STREET , CHICAGO IL 60643

**One Copy to :-** UNKNOWN OWNERS AND NONRECORD CLAIMANTS, 11342 S. CHURCH STREET , CHICAGO IL 60643

_____ **Clerk**

CLERK

CHANCERY DIV.
COOK IL ILLINOIS
CIRCUIT COURT OF COOK

2020 JAN -9 PM 12:00

FILED-I
**DOROTHY A. BROWN CLERK OF CIRCUIT COURT COOK**

# EXHIBIT  D

# NOTICE OF FAULT

## 22-CV-

# CLAIM FOR 42 USC 1983 CIVIL VIOLATIONS

7016 3560 0000 2387 1845

**PRIVATE**

Bess, Kimberly
as POA for Artificial Person
Care of 11342 South Church Street
Chicago [60643]
Illinois Nation
Non-Commercial

Julie Dejong, in her private capacity
Attorney for Plaintiff,
CODILIS AND ASSOCIATES, P.C.,
15W030 NORTH FRONTAGE ROAD, SUITE 100
BURR RIDGE, ILLINOIS 60527

3rd May, 2021

**Julie Dejong in her Private Capacity**

Regarding: JUDGEMENT FOR FORECLOSURE AND SALE

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

We, a woman, in body-mind-spirit, authorised agent for the artificial person KIMBERLY BESS, non-adverse, non-belligerent, non-combatant, secured creditor with power-of-attorney, have examined your recent voluntary submission of evidentiary documents claiming an account debt, and hereby conditionally accept said claim upon verification. In order to properly validate the alleged debt, we require Julie Dejong to provide:

1. A valid contract signed in wet ink by both parties, confirming bilateral consent.
2. A true and certified copy of the complete audit trail of said account including said loss.
3. Audit certification of debt entry in accordance with Generally Accepted Accounting Practice (G.A.A.P.), International Financial Reporting Standards (I.F.R.S.), the Basel III accord, and the United Nations Commission on International Trade Law (UNCITRAL) conventions.
4. A copy of your Tax Registration certificate.

Failure to verify said claim within ten (10) days of recorded delivery of this notice to the address above, shall constitute legal/lawful Accord and Satisfaction given to settle and close all said alleged claims and Estoppel by Acquiescence. In that event, we reserve the right to charge damages against Julie Dejong, in her private capacity, and CODILIS AND ASSOCIATES, P.C and under their full commercial liability, for any unverified claims presented thereafter regarding this matter, whatsoever.

We look forward to reviewing your evidence, or confirmation of settlement of the account.

By: Bess Kimberly Rift Kimberly Bess

Bess, Kimberly as Power of Attorney for KIMBERLY BESS

Notary:

Michelle Elliott 05/03/2021

All Rights Reserved – Without Prejudice – Non Assumpsit



Doc#: 1421257011 Fee: $40.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 07/31/2014 12:55 PM Pg: 1 of 2

# Affidavit of Reservation of Rights UCC1-308/1-207

**PUBLIC**

**THIS IS A PUBLIC COMMUNICATION TO ALL**

Notice to agents is notice to principles

Notice to principles is Notice to Agents

Applications to all successors and assigns

All are without excuse

*Kimberly M Bess*, sui juris, non-adverse party

All rights reserved UCC **1-308/1-207**

15518 Minerva Avenue

Dolton, Illinois, a republic

Non-domestic without the United States

Let it be known to all that I, **Kimberly M Bess** explicitly reserves all of my rights. See UCC 1-308 which was formally UCC 1-207.

> **"§ 1-308. Performance or Acceptance Under Reservation of Rights.**
> **(a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient."**

I retain all of my rights and liberties and right of acceptance at all times and in all places, **nunc pro tunc** (now for then) from the time of my birth and forevermore. Further, I retain my rights not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally. And furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement. I am not ever subject to silent contracts and have never knowingly or willingly contracted away my will for the Sentient Being.

Further, I am not a United States citizen or a 14th amendment citizen. I am a State Citizen of the republic and more over an American National Indigenous to these lands and reject any attempted expatriation. See 15 **United States statutes at large, July 27th, 1868** also known as the expatriation statute. With this reservation I rebut any presumption by any UNITED STATES COURT SYSTEM OR GOVERNMENT SERVANTS that assumes that I am a CORPORATION, US PERSON OR ANY INSTRUMENTALITY OF THE CORPORATE UNITED STATES this is said by these reservations and requires not for me to verbalize these reservations. Further I reserve the right as Beneficiary and Grantor of Trust created May 24, 1968 as I am of age and have returned to administer the Estate. I claim the right of Executor of the Estate and declare that I am alive and willing to assume my rightful position.

Violation fee of my liberty is $1,000,000 per incident or per 15 minutes or any part thereof. Wherefore all have undeniable knowledge.

**I AM Alive and on Dry Dock**

## Affidavit of Reservation of Rights UCC1-308/1-207

### *AFFIDAVIT*

*Affiant, **Kimberly M Bess**, American National, Non-Adverse Party, sui juris, a natural born and Indigenous to the land and Territory of **Illinois** in its dejure capacity created by the constitution for the united States of America 1777/1789 and all Treaties with Indigenous Inhabitants with standing. As an American National and a common Indigenous Sentient Being from the People, do solemnly by my word state the Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.*

Assigned By: _____ *sui juris,*
This Affidavit is dated ___07-30-2014___

### *NOTARY PUBLIC*

State ___Illinois___ County ___Cook___
*Subscribed and sworn to before me, a Notary Public, the above signed Kimberly M Bess,*
This ___30___ day of ___July___, ___2014___ year
___Claudia Muhammad___ Notary Public    My Commission expires: ___07/17/2016___

Official Seal
Claudia Muhammad
Notary Public State of Illinois
My Commission Expires 07/17/2016

**I AM Alive and on Dry Dock**

EXHIBIT D pg 4

70163560000023871852

7016 3560 0000 2387 1852

Bess, Kimberly
as POA for KIMBERLY BESS
Care of 11342 South Church Street
Chicago [60643]
Illinois Nation
Non-Commercial

## NOTICE OF NON RESPONSE / NOTICE OF FAULT

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

June 16 , 2021

Julie Dejong, in her private capacity
Attorney for plaintiff
CODILIS & ASSOCIATES, P.C.,
15W030 NORTH FRONTAGE ROAD, SUITE 100
BURR RIDGE, ILLINOIS 60527

RE: **Judgment for Foreclosure and Sale**
Kimberly Bess, 11342 South Church Street, Chicago, Illinois (60643) v
THE BANK OF NEW YORK MELLON,F/K/A THE BANK OF NEW YORK as trustee for registered holders of
CWABS, Inc., Asset-Backed Certificates, Series 2004-12 v Barbara A. Smith, et.al.
Case No: 2019CH13977 Account No: 7000160355

Dear Julie Dejong,

On May 3rd, 2021 we sent you a private notice of acceptance and a request that you send
verification that the account for Case No: 2019CH13977 has been adjusted and settled, or send a notice
of a valid contract, with all the information obtained from the first notice. It was sent by Certified mail
#7016356000023871845 with a certificate of mailing delivered on May 6, 2021 at 9:22a.m. (enclosed).

In the event your dishonor through nonperformance and non-response was unintentional or
due to unreasonable neglect, impossibility, or for some unforeseen reason, we are attaching a copy of
the same presentment to this notice of non-response.

Please send confirmation that the account for Case No: 2019CH13977 has been adjusted and
settled, to the address shown above, or send a notice of documents requested. If you have an excuse
for not performing as requested, please mail your particular statement to me at the address noted
above. Your specific performance or statement is expected no later than (7) seven days from the date
this notice is postmarked.

Thank you for your prompt attention to this matter. If you fail to cure the breach your refusal
will be your agreement to all statements made in the private notice of acceptance. We have afforded
you 30 days since 1st requested of you to respond, the latter shall be more prompt to execute proper
settlement, thank you in advance.

By: _Bess, Kimberly Power of Attorney for KIMBERLY BESS_

Bess, Kimberly as Power of Attorney for KIMBERLY BESS

Notary:

OFFICIAL SEAL
MICHELLE ELLIOTT
NOTARY PUBLIC, STATE OF ILLINOIS

All Rights Reserved – Without prejudice – Non Assumpsit

EXHIBIT D pg 5

`7016 3560 0000 2387 1845`

**PRIVATE**

Bess, Kimberly
as POA for Artificial Person
Care of 11342 South Church Street
Chicago [60643]
Illinois Nation
Non-Commercial

Julie Dejong, in her private capacity
Attorney for Plaintiff,
CODILIS AND ASSOCIATES, P.C.,
15W030 NORTH FRONTAGE ROAD, SUITE 100
BURR RIDGE, ILLINOIS 60527

3rd May, 2021

**Julie Dejong in her Private Capacity**

Regarding: JUDGEMENT FOR FORECLOSURE AND SALE

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

We, a woman, in body-mind-spirit, authorised agent for the artificial person KIMBERLY BESS, non-adverse, non-belligerent, non-combatant, secured creditor with power-of-attorney, have examined your recent voluntary submission of evidentiary documents claiming an account debt, and hereby conditionally accept said claim upon verification. In order to properly validate the alleged debt, we require Julie Dejong to provide:

1. A valid contract signed in wet ink by both parties, confirming bilateral consent.
2. A true and certified copy of the complete audit trail of said account including said loss.
3. Audit certification of debt entry in accordance with Generally Accepted Accounting Practice (G.A.A.P.), International Financial Reporting Standards (I.F.R.S.), the Basel III accord, and the United Nations Commission on International Trade Law (UNCITRAL) conventions.
4. A copy of your Tax Registration certificate.

Failure to verify said claim within ten (10) days of recorded delivery of this notice to the address above, shall constitute legal/lawful Accord and Satisfaction given to settle and close all said alleged claims and Estoppel by Acquiescence. In that event, we reserve the right to charge damages against Julie Dejong, in her private capacity, and CODILIS AND ASSOCIATES, P.C and under their full commercial liability, for any unverified claims presented thereafter regarding this matter, whatsoever.

We look forward to reviewing your evidence, or confirmation of settlement of th~~e account~~.

By: ~~Bess Kimberly Ref Kimberly B~~
Bess, Kimberly as Power of Attorney for KIMB~~ERLY BESS~~

Notary:

~~Michelle Elliott~~ 05/03/2021

OFFICIAL SEAL
MICHELLE ELLIOTT
NOTARY PUBLIC - STATE OF ILLINOIS

All Rights Reserved – Without Prejudice – Non Assumpsit

EXHIBIT D pg 6

# USPS Tracking®

**FAQs >**

Track Another Package  +

**Tracking Number:** 70163560000023871845

Remove ✕

Your item was picked up at a postal facility at 9:22 am on May 6, 2021 in WILLOWBROOK, IL 60527.

## ✅ **Delivered, Individual Picked Up at Postal Facility**

May 6, 2021 at 9:22 am
WILLOWBROOK, IL 60527

**Get Updates** ∨

---

**Text & Email Updates**     ∨

---

**Tracking History**     ∨

---

**Product Information**     ∨

---

See Less ∧

Feedback

## Can't find what you're looking for?

**CERTIFICATE OF MAILING**

I hereby certify that on May 3, 2021, a copy of this Private Notice Agreement was mailed to Julie Dejong, of **CODILIS AND ASSOCIATES, P.C. at 15W030 North Frontage Road, Suite 100 Burr Ridge, Illinois 60527 AS ATTORNEYS FOR THE BANK OF NEW YORK MELLON, et al.**

By Best embedy Puff. KIMBERLY BESS

# EXHIBIT  E

# NOTICE OF DEFAULT/ ESTOPPEL

# 22-CV-

# CLAIM FOR 42 USC 1983 CIVIL VIOLATIONS

# Certificate of Service

In accordance with Rules of Practice 150 and 151, I certify that a copy **Notice of Accceptance upon Verification** by Bess, Kimberly was served on the following on December 22, 2021 via the United States Postal Service at 1805 W Monterey Avenue Chicago, Illinois 60643 before 6:00 p.m.

**70172400000046780330**
James J Bernhard
Codilis and Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527

**70163560000023871890**
Aman Marwah, DBA Chief Financial Officer
c/o CARRINGTON MORTGAGE SERVICES
1600 S Douglas Road, Suite 110-200
Anaheim, CA 92806

**70163560000023871906**
Kwame Raoul, Assignee
Office of Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601

Bess, Kimberly
11342 South Church Street
Chicago, Illinois Republic

## NOTICE OF ACCEPTANCE UPON VERIFICATION

7017 2400 0000 4678 0330

**Date:** December 20, 2021

**From:**                                       Bess, Kimberly
                                         c o 11342 South Church Street
                                         Chicago, Illinois Republic, nearby [60643]
                                         Non-domestic, without the UNITED STATES
                                                                    **Principal**

**To:**     James J Bernhard
            CODOLIS AND ASSOCIATES, P.C., *et al.*, etc.
            Attorney for Plaintiff
            15W030 North Frontage Road, Suite 100
            Burr Ridge, IL 60527
            **Respondent**

        **RE: BANK OF NEW YORK MELLON via CARRINGTON MORTGAGE SERVICE, LLC vs.
        Kimberly Bess
        JUDGEMENT FOR FORECLOSURE AND SALE Case No. 2019CH13977 Acc. No. 7000160355**

To whom it may concern:

I received the correspondence on December 17, 2021, and please note that this is not a refusal to pay off the account but a notice sent as per the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 (G) Section 809 (B). This notice states that your claim is disputed and validation of the account is required before issuance of settlement.

This notice is not a request for verification of the account or proof of my mailing address but a request for validation made pursuant to the FDCPA laws. I humbly request that your agency / office sends me valid proof of claim that I am legally obligated to pay you.

**Please provide me with the below mentioned items**
* Copies of any documents that prove I agreed to pay the alleged amount
* The identity of the original creditor
* Confirmation that the account has not crossed the statute of limitation (SOL) period
* Actual cerified copy of the complete audit trail of said account including said loss
* Audit certification of debt entry in accordance with Generally Accepted Accounting Practice(G.A.A.P.)

I would like to further inform you that if any action is taken during the validation period which could be regarded as detrimental to any of my property, this includes listing my property at 11342 South Church Street, Chicago, Illinois on any media outlets be it digital or paper, or any copyrighted property including my name, that could be incorrect or invalidated, or confirming an account as correct when, in fact, there is no provided evidence that it is, then I will seek advice about initiating a potential federal lawsuit.

* Violation of the Fair Credit Reporting Act (F.C.R.A.)
* Violation of the F.D.C.P.A.
* Defamation of character
* Use of my copyrighted property

Also, I request that you provide evidence that I must pay you in anything other than appropriate commercial paper should the debt be proven valid because, to my knowledge, the U.S. Congress provided the appropriate solution for me to settle my debts via the remedy in House Joint Resolution (H.J.R.) 192 of June 5, 1933 under the United States, Public Law § 73-10, and Public Law 48 stat. 112 (among others).

If your agency / company fails to respond to this debt validation request within a period of ten (**10**) days from the date of your receipt of my notice, shall constitute legal/lawful Estoppel by Acquience, including damages against James J Bernhard in his private capacity, as well as all parties involved in this endeavor to access Estate property

                                                                                            1

All Rights Reserved                      Without Prejudice                      Non Assumpsit

## NOTICE OF ACCEPTANCE UPON VERIFICATION

7017 2400 0000 4678 0330

without proper authorization.

It would be advisable that you assure that your records are in order before I am forced to take legal action. This is an attempt to correct your records. Any information obtained shall be used for that purpose.

Pursuant to the **FDCPA**, you must **CEASE and DESIST from** any and all collection activity, in any and every form, until you provide "such verification" herein requested. In *Jang v. A. M. Miller & Assocs.*, U.S. *App.* (7th Cir.), *122 F.3d 480; 1977*, the Court stated that 15 U.S.C. "Section 1692g (b) gives debt collectors two options when they receive requests for validation:  provide the requested validations and continue their debt collecting activities, or they may cease all collection activities. *See Smith v. Transworld Systems Inc., 963 F.2d 1025, 1031(6th Cir. 1992)."*

State of Illinois
County of ___CLOK___
This instrument was acknowledged
before me on ___12/22/2022___
By ___Kimberly Bess___

Notary: 

OLGA RODRIGUEZ
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
May 27, 2024

My Notary expires ___05/27/2024___

Respectfully,

_Bess Kimberly_

Bess, Kimberly
Attorney in Fact

NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT

2

All Rights Reserved                    Without Prejudice                    Non Assumpsit

70172400000046780347                          7017 2400 0000 4678 0347

## NOTICE OF NON RESPONSE / NOTICE OF FAULT

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

December 30, 2021

James J Bernhard
Attorney for plaintiff
CODILIS & ASSOCIATES, P.C.,
15W030 NORTH FRONTAGE ROAD, SUITE 100
BURR RIDGE, ILLINOIS 60527

RE: **Judgment for Foreclosure and Sale**
Kimberly Bess, 11342 South Church Street, Chicago, Illinois (60643) v
THE BANK OF NEW YORK MELLON,F/K/A THE BANK OF NEW YORK as trustee for registered holders of
CWABS, Inc., Asset-Backed Certificates, Series 2004-12 v Barbara A. Smith, et.al.
Case No: 2019CH13977 Account No: 7000160355

Dear Julie Dejong,

On December 20, 2021 we sent you a private notice of acceptance and a request that you send
verification that the account for Case No: 2019CH13977 has been adjusted and settled, or send a notice
of a valid contract, with all the information obtained from the first notice.

In the event your dishonor through nonperformance and non-response was unintentional or
due to unreasonable neglect, impossibility, or for some unforeseen reason, we are attaching a copy of
the same presentment to this notice of non-response.

Please send confirmation that the account for Case No: 2019CH13977 has been closed and
settled, to the address shown above, or send a notice of documents requested. If you have an excuse
for not performing as requested, please mail your particular statement to me at the address noted
above. Your specific performance or statement is expected no later than (10) ten days from the date
this notice is postmarked.

Thank you for your prompt attention to this matter. If you fail to cure the breach your refusal
will be your agreement to all violations made in the **Notice of Acceptance Upon Verification**. We have
afforded you 10 days since 1st requested of you to respond, the latter shall be more prompt to execute
proper settlement, thank you in advance.

State of Illinois
County of _COOK_
This instrument was acknowledged
before me on _12|31| 20 2v_
By _____
        Notary:

OLGA RODRIGUEZ
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
May 27, 2024

By: _____
        Bess, Kimberly   Attorney in Fact

All Rights Reserved – Without prejudice – Non Assumpsit

EXHIBIT E Pg. 5

## NOTICE OF ACCEPTANCE UPON VERIFICATION

7017 2400 0000 4678 0330

**Date:** December 20, 2021

**From:**
        Bess, Kimberly
        c o 11342 South Church Street
        Chicago, Illinois Republic, nearby [60643]
        Non-domestic, without the UNITED STATES
        **Principal**

**To:**    James J Bernhard
        CODOLIS AND ASSOCIATES, P.C., *et al.*, etc.
        Attorney for Plaintiff
        15W030 North Frontage Road, Suite 100
        Burr Ridge, IL 60527
        **Respondent**

    **RE: BANK OF NEW YORK MELLON via CARRINGTON MORTGAGE SERVICE, LLC vs.
    Kimberly Bess
    JUDGEMENT FOR FORECLOSURE AND SALE Case No. 2019CH13977 Acc. No. 7000160355**

To whom it may concern:

I received the correspondence on December 17, 2021, and please note that this is not a refusal to pay off the account but a notice sent as per the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 (G) Section 809 (B). This notice states that your claim is disputed and validation of the account is required before issuance of settlement.

This notice is not a request for verification of the account or proof of my mailing address but a request for validation made pursuant to the FDCPA laws. I humbly request that your agency / office sends me valid proof of claim that I am legally obligated to pay you.

Please provide me with the below mentioned items
* Copies of any documents that prove I agreed to pay the alleged amount
* The identity of the original creditor
* Confirmation that the account has not crossed the statute of limitation (SOL) period
* Actual certified copy of the complete audit trail of said account including said loss
* Audit certification of debt entry in accordance with Generally Accepted Accounting Practice(G.A.A.P.)

I would like to further inform you that if any action is taken during the validation period which could be regarded as detrimental to any of my property, this includes listing my property at 11342 South Church Street, Chicago, Illinois on any media outlets be it digital or paper, or any copyrighted property including my name, that could be incorrect or invalidated, or confirming an account as correct when, in fact, there is no provided evidence that it is, then I will seek advice about initiating a potential federal lawsuit.

* Violation of the Fair Credit Reporting Act (F.C.R.A.)
* Violation of the F.D.C.P.A.
* Defamation of character
* Use of my copyrighted property

Also, I request that you provide evidence that I must pay you in anything other than appropriate commercial paper should the debt be proven valid because, to my knowledge, the U.S. Congress provided the appropriate solution for me to settle my debts via the remedy in House Joint Resolution (H.J.R.) 192 of June 5, 1933 under the United States, Public Law § 73-10, and Public Law 48 stat. 112 (among others).

If your agency / company fails to respond to this debt validation request within a period of ten (10) days from the date of your receipt of my notice, shall constitute legal/lawful Estoppel by Acquience, including damages against James J Bernhard in his private capacity, as well as all parties involved in this endeavor to access Estate property

1

## NOTICE OF ACCEPTANCE UPON VERIFICATION

7017 2400 0000 4678 0330

without proper authorization.

It would be advisable that you assure that your records are in order before I am forced to take legal action. This is an attempt to correct your records. Any information obtained shall be used for that purpose.

Pursuant to the **FDCPA**, you must **CEASE and DESIST from** any and all collection activity, in any and every form, until you provide "such verification" herein requested. In *Jang v. A. M. Miller & Assocs.*, U.S. *App.* (7th Cir.), *122 F.3d 480; 1977,* the Court stated that 15 U.S.C. "Section 1692g (b) gives debt collectors two options when they receive requests for validation:  provide the requested validations and continue their debt collecting activities, or they may cease all collection activities. *See Smith v. Transworld Systems Inc., 963 F.2d 1025, 1031(6th Cir. 1992)."*

State of Illinois
County of __CuoK__
This instrument was acknowledged
before me on __12/82/2022__
By __Kimberly Bess__

Notary: _____

Respectfully,

Bess, Kimberly
Attorney in Fact

OLGA RODRIGUEZ
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
May 27, 2024

My Notary expires __05/27/2024__

NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT

2

# Certificate of Service

In accordance with Rules of Practice 150 and 151, I certify that a copy **Notice of Accceptance upon Verification** by Bess, Kimberly was served on the following on December 22, 2021 via the United States Postal Service at 1805 W Monterey Avenue Chicago, Illinois 60643 before 6:00 p.m.

**70172400000046780330**
James J Bernhard
Codilis and Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527

**70163560000023871890**
Aman Marwah, DBA Chief Financial Officer
c/o CARRINGTON MORTGAGE SERVICES
1600 S Douglas Road, Suite 110-200
Anaheim, CA 92806

**70163560000023871906**
Kwame Raoul, Assignee
Office of Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601

State of Illinois
County of COOK
This instrument was acknowledged
before me on 12/22/2021
By Kimberly Bess

OLGA RODRIGUEZ
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
May 27, 2024

Bess, Kimberly
11342 South Church Street
Chicago, Illinois Republic

7017 2400 0000 4678 0354

7017240000004678 0354
9590 9402 6445 0346721279

# NOTICE
# OF
# DEFAULT
# AND
# ESTOPPEL

January 11

## 2022

I Kimberly: Bess, Affiant, certify that I have first-hand knowledge of the
Facts contained in this NOTICE OF DEFAULT are true, correct and complete,
not misleading the truth, the whole truth and nothing but the Truth.

# NOTICE OF DEFAULT / ESTOPPEL

70172400000046780354

NOTICE TO AGENT IS NOTICE TO PRINCIPAL<br>
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

To: James J Bernhard
CODILIS AND ASSOCIATES, P.C. et al, etc.
Attorney for Plaintiff
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
**Respondent**

RE: **BANK OF NEW YORK MELLON via CARRINGTON MORTGAGE SERVICES, LLC vs KIMBERLY BESS
JUDGEMENT FOR FORECLOSURE AND SALE Case No. 2019CH13977 Acc. No. 7000160355**

**To whom it may concern:**

Please refer to correspondence from December 20,2021 where you or your client THE BANK OF NEW
YORK MELLON, et. al, and or POA to CARRINGTON MORTGAGE SERVICING, LLC are now in DEFAULT,
for the following reasons:
1. Breach of Trust
2. Securitization Defects/Fraud
3. Failure to Give Proper Disclosures
4. Defective Debt Assignment
5. Defective Acceleration of Debt
6. Violations of Consumer Fraud
7. Violations of Truth and Lending Act
8. Failure to Comply with FDCPA 15 USC ss 1692(G)sec 809(B)

Statement of Facts
1. On or about December 20, 2021 a NOTICE OF ACCEPTANCE UPON VERIFICATION Certification
No. 70172400000046780330 delivered by the United States Post Office on December 24, 2021,
2. On or about December 30, 2021 a NOTICE OF NON RESPONSE/NOTICE OF FAULT Certification
No. 70172400000046780347 delivered by the United States Post Office on January 3, 2022,

Due to your Non Response and your failure to cure the defects and properly present a lawful contract,
you have created a malfeasance of the Affiants private property, have attempted to extract funds
from the Estate property for your own personal gain and the plaintiff's and it's attorney James J
Bernhard and the offices of CODILIS AND ASSOCIATES, P.C., have caused a misnomer and appears
before this court with Unclean hands and has caused a malfeasance against the people (I).

Therefore, your Default has caused an ESTOPPEL along with the violations referred above. This failure
to respond, and now default, is an operation of law that the Respondent and it's Attorney's Final
Admission and agreement that there was no lawful claim and the whole matter is res judicata and
stare decisis and Respondent and his Plaintiff THE BANK OF NEW YORK MELLON have NO CLAIM and
that the FORECLOSURE is upon the PLAINTIFF for not returning Securities that belong to the Estate of
Barbara A Smith which rightfully belongs to the beneficiary Kimberly: Bess

Notary: _____ 1/19/2022          _____ By: Kimberly Bess

OLGA RODRIGUEZ
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires

EXHIBIT E pg 10



**USPS TRACKING #**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6445 0346 7211 49

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Bess Kimberly
11342 South Church Street
Chicago, Illinois [exempt]



**USPS TRACKING #**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6445 0346 7212 86

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Bess, Kimberly
c/o 11342 South Church Street
Chicago, Illinois Republic





**USPS TRACKING #**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6445 0346 7212 79

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Kimberly Bess, Estate
C/o 11342 South Church Street
Chicago, Illinois Republic

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James J Bernhard
CODOLIS AND ASSOCIATES, P.C.
15 W030 North Frontage Rd #100
Burr Ridge, IL 60527

9590 9402 6445 0346 7211 49

2. Article Number (Transfer from service label)
7017 2400 0000 4678 0330

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Toby Starks
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
Toby Starks

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James J. Bernhard
Attorney for Plaintiff
CODILIS + ASSOCIATES, P.C.
15 W030 North Frontage Rd #100
Burr Ridge, IL 60527

9590 9402 6445 0346 7212 86

2. Article Number (Transfer from service label)
7017 2400 0000 4678 0347

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Toby Starks
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
Toby Starks

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James J Bernhard
IuCodilis + Associates, P.C.
15 W030 North Frontage Rd #100
Burr Ridge, IL 60527

9590 9402 6445 0346 7212 79

2. Article Number (Transfer from service label)
7017 2400 0000 4678 0354

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Toby Starks
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
Toby Starks

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

# EXHIBIT  F

# JUDGEMENT FOR FORECLOSURE & SALE

# 22-CV-

# CLAIM FOR 42 USC 1983 CIVIL VIOLATIONS

Calendar Number 60
Cook County ID #21762

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

The Bank of New York Mellon, F/K/A The Bank of New
York as trustee for registered Holders of CWABS, Inc.,
Asset-Backed Certificates, Series 2004-12
PLAINTIFF

Vs.

No. 2019CH13977

Kimberly Bess; Midland Funding, LLC; Unknown
Owners and Nonrecord Claimants
DEFENDANTS

11342 S. Church Street
Chicago, IL 60643

## JUDGMENT FOR FORECLOSURE AND SALE

THIS CAUSE having been duly heard by this Court upon the record herein on the merits of the
Complaint for Foreclosure filed by the Plaintiff and on Plaintiff's Motion for entry of Judgment for
Foreclosure and Sale, (hereinafter referred to as Judgment) the Court

**FINDS:**

(1) **JURISDICTION:** The Court has jurisdiction over the parties hereto and the subject matter
hereof.

(2) **ALLEGATIONS PROVEN:** This Judgment is fully dispositive of the interest of all
defendants. All the material allegations of the Complaint filed pursuant to 735 ILCS 5/15-1504,
those allegations being both required and those deemed alleged by virtue of subsection (c), are
true and proven, that by entry of this Judgment for Foreclosure and Sale, the Mortgage which is
the subject matter of these proceedings is extinguished and merged into Judgment and default
no longer exists, but has been replaced by Judgment, and that by virtue of the Mortgage, and the
evidences of indebtedness secured thereby alleged in the Complaint, there is due to the Plaintiff,
and it has a valid subsisting lien on the property described hereafter, the following amounts:

| | |
|---|---|
| Principal, Accrued Interest and Advances by Plaintiff: | $102,726.71 |
| Costs of Suit: | $1,334.97 |
| Foreclosure Attorneys' Fees: | $2,100.00 |
| Case Management Attorney Fees | $350.00 |
| Judgment Continued Attorney Fees | $250.00 |
| General Admin Order Attorney Fees | $235.00 |
| Interest at a rate of $3.451 from 11/28/2021 to 01/06/2022 | $138.04 |

1

TOTAL                                 $107,134.72

All the foregoing amounts have been accounted for in the Affidavit(s) filed by Plaintiff.

(3) **POST JUDGMENT INTEREST:** For the purposes of calculating Plaintiff's indebtedness at sale, interest shall accrue pursuant to Illinois statute.

(4) **SUBORDINATE LIENS AND INTERESTS:**

    (a) The Court further finds that there is due and owing to the Defendants immediately hereinafter stated, if any, the sums set forth, as a lien(s) upon the subject premises subordinate and inferior to the lien and interest of the Plaintiff pursuant to the verified pleadings filed herein:

(5) **ATTORNEY FEES:** By its terms said Mortgage provides that the attorneys for the Plaintiff shall be entitled to an award of reasonable attorneys fees herein, and, that included in the above indebtedness are attorneys' fees as set forth in the attorney's certificate in the sum of $2,935.00.

(6) **COURT COSTS:** Under the provisions of said Mortgage, the costs of foreclosure are an additional indebtedness for which the Plaintiff should be reimbursed, and that such expenses incurred to date totaling $1,334.97 are hereby allowed to the Plaintiff.

(7) **ADVANCES:** That advances made subsequent to the execution of the affidavit of mortgagee in order to protect the lien of the Plaintiff and preserve the real estate, such as, but not limited to: real estate taxes or assessments, property inspections, property maintenance, insurance premiums, any other fees, charges and expenses which are recoverable under the terms of the mortgage, and post Judgment attorneys fees incurred by the plaintiff and not included in this judgment, but incurred prior to the conclusion of this foreclosure action, shall become an additional indebtedness secured by the Judgment lien and bear interest from the date of the advance at the Note rate of interest.

(8) **PROPERTY FORECLOSED UPON:** The Mortgage described in the Complaint and hereby foreclosed appears of record in the Office of the Recorder and/or Registrar for Cook County, Illinois, as Document No. 0427444046, and the property herein referred to and directed to be sold is described as follows:

THE SOUTH 13 FEET OF LOT 17 AND ALL OF LOT 18 AND THE NORTH 4 FEET OF LOT 19 IN BLOCK 75 IN WASHINGTON HEIGHTS IN THE NORTHEAST QUARTER OF SECTION 19, TOWNSHIP 37 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN IN COOK COUNTY ILLINOIS.

COMMONLY KNOWN AS:        11342 S. Church Street
                                      Chicago, IL 60643

2

TAX PARCEL NUMBER: 25-19-216-033-0000

(9) **MORTGAGE NOTE:** The Mortgage herein referred to secures a Mortgage Note in the sum $115,500.00 which has been duly accelerated pursuant to the terms of the said subject note and mortgage.

(10)       **REDEMPTION:** The owner(s) of the equity of redemption are the mortgagors, property owners and any other party defendant named in the Complaint with the statutory right of redemption, with the exception of the Registrar of Titles, if named, and any party dismissed by order of Court.

    (a) The Court has obtained jurisdiction over the owners of the right of redemption as set forth in The Attorney's Certificate of Service and Defaulted Parties.

    (b) The redemption period will expire on **4/7/22.**

(11) Based upon the pleadings, proofs and admission(s), Plaintiff has standing, capacity and authority to maintain this cause.

(12) The pleadings and proofs presented in the cause are sufficient to support the entry of this judgment.


**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

(1) **JUDGMENT:** A Judgment for Foreclosure and Sale be entered pursuant to 735 ILCS 5/15-1506 against the subject property and all defendants not previously dismissed. The court finds that all attorney fees and costs requested herein are reasonable and allowable under the terms of the note and mortgage.

(2) **SALE:** The subject real estate is ordered to be sold pursuant to 735 ILCS 5/15-1507.

(3) **SALE PROCEDURES:**

    (a) The subject real estate shall be sold pursuant to statute at the expiration of the reinstatement period and the redemption period found to expire as set forth in paragraph 10 above.

    (b) The Judicial Sale to be conducted pursuant to this Judgment for Foreclosure and Sale shall be by public auction. The opening bid shall be provided by the plaintiff and conducted by the Sheriff for Cook County or other Selling Officer as appointed by the Court and shall be conducted in full compliance with the statutory requirements contained in 735 ILCS 5/15-1507. In the event that Plaintiff fails to provide the Sheriff

3

for Cook County or other Selling Officer as appointed by the Court with its initial bid, then the Sheriff for Cook County or other Selling Officer as appointed by the Court shall continue the sale to a date as mutually agreed upon by the Sheriff of Cook County or other Selling Officer as appointed by the Court, and Plaintiff's counsel and in compliance with 735 ILCS 5/15-1507(c)(4). If the sale is erroneously held without Plaintiff providing its initial bid, then Plaintiff shall have the option to have the sale vacated and held for naught. Should an error in the bid directed by Plaintiff occur for any reason, then the sale shall be vacated solely upon request of Plaintiff, or Plaintiff's successors or assigns.

(c) The real estate shall be sold for cash or certified funds to the highest bidder with all sums due at the time of sale unless other terms are agreed to by the Plaintiff.

(d) Any purchaser at the Judicial Sale takes subject to any and all liens, encumbrances and any existing defects in title. The Plaintiff shall not be responsible for any damages resulting from existing liens, encumbrances or title defects nor makes any warranties, either express or implied, by virtue of the Judicial Sale.

## (4) NOTICE OF SALE:

(a) The mortgagee, or such other party designated by the court, in a foreclosure under Article 15 shall give public Notice of the Sale pursuant to statute. The Notice of Sale shall include all information as stated in 735 ILCS 5/15-1507(c) parts (A)-(H) where such information is available to Plaintiff or Counsel for Plaintiff. Immaterial error in the information shall not invalidate the legal effect of the notice. The Notice of Sale shall contain at least the following information:

1. The name, address and telephone of the person to contact for information regarding the real estate.

2. The common address and other common description (other than legal description), if any, of the real estate.

3. A legal description of the real estate sufficient to identify it with reasonable certainty.

4. A description of the improvements on the real estate.

5. The real estate may NOT be inspected prior to sale.

6. The time and the place of the sale.

7. The terms of the sale.

8. The title, case number and the court in which the foreclosure was filed.

4

9. Any other information required herein or by separate order.

(b) The notice of sale shall be published at least 3 consecutive calendar weeks (Sunday through Saturday), once in each week, the first such notice to be published not more than 45 days prior to the sale, the last such notice to be published not less than 7 days prior to the sale, by: (A) advertisements in a newspaper circulated to the general public in the county in which the real estate is located, in the section of that newspaper where legal notices are commonly placed; and (B) separate advertisements in the section of such a newspaper, which may not be the same newspaper used for section (A), in which real estate other than real estate being sold as part of legal proceedings is commonly advertised to the general public, there being no requirement for the second advertisement to include a legal description; and (C) such other publications as may be further ordered by the court.

(c) The party who gives notice of public sale shall also give notice of public sale to all parties in the action who have appeared and have not heretofore been found by the court to be in default for failure to plead. Such notice shall be given in the manner provided in the applicable rules of court for service of papers other than process and complaint; not more than 45 days nor less than 7 days prior to the day of sale. After notice is given as required by statute, a copy thereof shall be filed in the Office of the Clerk of this Court together with a certificate of counsel or other proof that notice has been served in compliance with this Section.

(d) The party who gives notice of public sale shall again give notice of any adjourned sale; provided, however, that if the adjourned sale is to occur less than 60 days after the last scheduled sale, notice of any adjourned sale need not be given.

(e) Notice of the sale may be given prior to the expiration of any reinstatement period or redemption period. No other notice by publication or posting shall be necessary.

(f) The person named in the notice of sale to be contacted for information about the real estate may, but shall not be required to, provide additional information other than that set forth in the notice of sale.

(5) **SALE PROCEEDS:**

(a) In the event the Plaintiff is purchaser of the mortgaged real estate at such sale, the Plaintiff may offset against the purchase price of such real estate the amounts due under the judgment for foreclosure at the statutory interest rate from the date of Judgment through the date of sale plus any fees, costs and advances made after execution of the affidavit of mortgagee that was used in support of entry of this Judgment of Foreclosure and Sale, including, but not limited to any amounts allowed pursuant to the terms of the Note and Mortgage and any amounts allowed pursuant to 735 ILCS 5/15-1505 and 735 ILCS 5/15-1603.

(b) The proceeds of the sale shall be distributed in the following order pursuant to 735 ILCS 5/15-1512:

    1. The reasonable expenses of sale.

    2. The reasonable expenses of securing possession before sale, holding, maintaining, and preparing the real estate for sale, including payment of taxes and other governmental charges, premiums on hazard and liability insurance, management fees, and, to the extent provided for in the mortgage or other recorded agreement and not prohibited by law, reasonable attorneys' fees, payments made pursuant to Section 15-1505 and other legal expenses incurred by the mortgagee.

    3. Satisfaction of all claims in the order of priority as set forth in the Judgment for Foreclosure and Sale. If the issue of priorities was reserved pursuant to 735 ILCS 5/15-1506(h), the proceeds will be distributed as set forth in the order confirming sale.

    4. Any balance of proceeds due after the above distribution shall be held by the officer conducting the sale until further order of court.

(6) **RECEIPT UPON SALE AND CERTIFICATE OF SALE:** Upon and at the sale of mortgaged real estate, the person conducting the sale shall give to the purchaser a receipt of sale. The receipt shall describe the real estate purchased and shall show the amount paid or to be paid therefore. Upon payment in full of the amount bid, the person conducting the sale shall issue, in duplicate, and give to the purchaser a Certificate of Sale in recordable form which describes the real estate purchased and states the amount paid. The Certificate of Sale shall be freely assignable.

(7) **REPORT OF SALE:** The person conducting the sale shall promptly make a report to the court. The report of sale may be prepared by the Plaintiff to be reviewed and executed by the person conducting the sale and the person conducting the sale shall submit or cause to be submitted the report for review by the court at the time of Confirmation of Sale. The report shall include a copy of all receipts of sale.

(8) **CONFIRMATION OF SALE:** Upon motion and notice in accordance with court rules applicable to motions generally, the court shall conduct a hearing to confirm the sale pursuant 735 ILCS 5/15-1508. The mortgagee, or such other party designated by this court, shall send notice of such hearing.

    (a) Unless the court finds that either a notice required in accordance with 735 ILCS 5/15-1507(c) was not given, that the terms of the sale were unconscionable, that the sale was conducted fraudulently, or that justice was otherwise not done, the court shall then enter an order confirming the sale.

(b) The order confirming the sale shall include an order for possession which shall become effective 30 days after entry. The order for possession may be included in the order confirming sale or may be by separate order to be entered at the time of sale confirmation.

(c) If the proceeds of the sale are not sufficient to satisfy those sums due the Plaintiff, the Court shall enter a personal deficiency judgment pursuant to 735 ILCS 5/15-1508(e) providing that the Court finds that it has personal jurisdiction over the parties personally liable on the note and that said liability has not been discharged in bankruptcy. The Court shall enter an In Rem deficiency Judgment if it finds there to be no personal jurisdiction over those parties liable on the note or if there is no personal liability based on other findings by the court.

(9) **TERMINATION OF SUBORDINATE INTERESTS:** In the event of such sale and the failure of the person entitled thereto to redeem prior to such sale pursuant to statutory provisions, the defendants made parties to the foreclosure in accordance with statutory provisions, and all non-record claimants given notice of the foreclosure in accordance with statutory provisions, and all persons claiming by, through or under them, and for each and any and all of them, shall be forever barred and foreclosed of any right, title, interest, claim, lien or right to redeem in and to the mortgaged real estate.

(a) This Judgment and all orders entered pursuant to said judgment are valid as stated above. The inadvertent failure to name a subordinate record claimant will not invalidate this judgment. Should such a record party not be party to this action, the Plaintiff may take title and file a subsequent action to determine the redemptive rights of such a party. Plaintiff may amend the complaint for foreclosure to name such a party if it is made aware of the claim prior to the judicial sale without affecting the validity of the judgment as to the other defendants. Should such a claimant not exercise its redemptive rights within the stated time, they shall be forever barred and foreclosed of any right, title, interest, claim, lien or right to redeem or otherwise enforce its claim against the subject property.

(10) **ISSUANCE OF DEED:** After the expiration of the mortgagor's reinstatement and redemption rights, payment of the purchase price by the successful bidder and confirmation of the sale, the person conducting the sale shall execute and issue a deed to the owner and holder of the Certificate of sale pursuant to 735 ILCS 5/15-1509. Delivery of the deed shall be sufficient to pass title and will bar all claims of parties to the foreclosure including unknown owners and Non-record Claimants.

(11) **JURISDICTION:** The Court retains jurisdiction over the parties and subject matter of this cause for the purpose of enforcing this Judgment or vacating said Judgment if a reinstatement is made as set forth in paragraph (9) of this Judgment.

(12) A copy of this judgment shall be mailed to the mortgagors and current owners(s) at their last known mailing address within 7 days.

7

(13) Pursuant to 735 ILCS 5/15-1506(f), IT IS HEREBY ORDERED that THE JUDICIAL SALES CORPORATION ("Selling Officer") is appointed Selling Officer for the purpose of the sale at public auction of the ownership interest that is the subject matter of this action, pursuant to the Judgment for Foreclosure and Sale. If the plaintiff chooses to utilize a marketing platform for the subject property, the plaintiff is authorized to engage an independent contractor to implement a national marketing platform to reach a larger market for potential third party bidders. The marketing platform shall include providing sale information on a national website, direct-mail advertising, print media marketing, radio marketing, and localized advertising in specific communities. All costs for the additional services provided by the independent marketing contractor shall be borne by the plaintiff or the independent contractor. None of the additional costs shall be borne by the defendants. The independent marketing contractor waives any potential lien rights it may have in the real estate regarding non-payment of the additional costs borne by the plaintiffs. Furthermore, either Plaintiff's Counsel or Selling Officer is hereby designated by the Court to send notice of motion for entry of an order approving report of sale and distribution, confirming sale and order of possession, pursuant to 735 ILCS 5/15-1508(b) and any notices of sale pursuant to 735 ILCS 5/15-1507(c).

ENTER: _____
                        Judge

DATED: _____ 1 - 6 - 22 _____

Julie Dejong
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
pleadings@il.cslegal.com
Cook #21762
14-19-10942

ENTERED
JUDGE WILLIAM B. SULLIVAN-2142

JAN 06 2022

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

8

# EXHIBIT G

# CEASE AND DESIST – JUDICIAL SALES

# 22-CV-

# CLAIM FOR 42 USC 1983 CIVIL VIOLATIONS

Exhibit "G" p51

70172400000046780361

# CEASE AND DESIST

Bess, Kimberly dba Kimberly Bess
11342 South Church Street
Chicago, Illinois Republic

Pamela Murphy-Boylan, CEO
THE JUDICIAL SALES CORPORATION
One South Wacker Drive, 24th Fl
Chicago, Illinois 60606-4650

April 4, 2022

RE: Private Property 11342 south Church street

Dear Madam:

I request that you **CEASE and DESIST** in your efforts to sale patent private property on the above referenced account (see letter attached). It is my duty to inform you that the judgement for foreclosure and sale is not a lawful or legal sale, and ignorance of the law is no excuse for charges being brought against your organization for failure to certify your claims.

For the 1st offense of depriving me of any of my unalienable rights starts at $1,000,000.00 per occurrence , per person (see attached), **you have been noticed.**
You are hereby instructed to cease and desist any further efforts, of publishing the sale of private property immediately or face legal sanctions under applicable federal and state law.

GIVE THIS LETTER THE IMMEDIATE ATTENTION IT DESERVES.

Cordially,

By: _Kimberly Bess_ 4/4/2022 _____
:Kimberly: Bess, beneficiary



Doc#: 1421257011 Fee: $40.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 07/31/2014 12:55 PM Pg: 1 of 2

# Affidavit of Reservation of Rights UCC1-308/1-207

**PUBLIC**

**THIS IS A PUBLIC COMMUNICATION TO ALL**

Notice to agents is notice to principles

Notice to principles is Notice to Agents

Applications to all successors and assigns

All are without excuse

**Kimberly M Bess**, sui juris, non-adverse party

All rights reserved UCC **1-308/1-207**

15518 Minerva Avenue

Dolton, Illinois, a republic

Non-domestic without the United States

Let it be known to all that I, **Kimberly M Bess** explicitly reserves all of my rights. See UCC 1-308 which was formally UCC 1-207.

> **"§ 1-308. Performance or Acceptance Under Reservation of Rights.**
> **(a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient."**

I retain all of my rights and liberties and right of acceptance at all times and in all places, **nunc pro tunc** (now for then) from the time of my birth and forevermore. Further, I retain my rights not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally. And furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement. I am not ever subject to silent contracts and have never knowingly or willingly contracted away my will for the Sentient Being.

Further, I am not a United States citizen or a 14th amendment citizen. I am a State Citizen of the republic and more over an American National Indigenous to these lands and reject any attempted expatriation. See 15 United States statutes at large, July 27th, 1868 also known as the expatriation statute. With this reservation I rebut any presumption by any UNITED STATES COURT SYSTEM OR GOVERNMENT SERVANTS that assumes that I am a CORPORATION, US PERSON OR ANY INSTRUMENTALITY OF THE CORPORATE UNITED STATES this is said by these reservations and requires not for me to verbalize these reservations. Further I reserve the right as Beneficiary and Grantor of Trust created May 24, 1968 as I am of age and have returned to administer the Estate. I claim the right of Executor of the Estate and declare that I am alive and willing to assume my rightful position.

Violation fee of my liberty is $1,000,000 per incident or per 15 minutes or any part thereof. Wherefore all have undeniable knowledge.

**I AM Alive and on Dry Dock**

# Affidavit of Reservation of Rights UCC1-308/1-207

## *AFFIDAVIT*

*Affiant, **Kimberly M Bess**, American National, Non-Adverse Party, sui juris, a natural born and Indigenous to the land and Territory of Illinois in its dejure capacity created by the constitution for the united States of America 1777/1789 and all Treaties with Indigenous Inhabitants with standing. As an American National and a common Indigenous Sentient Being from the People, do solemnly by my word state the Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.*

Assigned By: _____ sui juris,

This Affidavit is dated ___07-30-2014___

## *NOTARY PUBLIC*

State ___Illinois___ County ___Cook___

Subscribed and sworn to before me, a Notary Public, the above signed Kimberly M Bess,

This __30__ day of ___July___, __2014__ year

___Claudia Muhammad___ Notary Public   My Commission expires: __07/17/2016__

Official Seal
Claudia Muhammad
Notary Public State of Illinois
My Commission Expires 07/17/2016

**I AM Alive and on Dry Dock**

# EXHIBIT  H

# LEGAL NOTICE AND DEMAND

# 22-CV-

# CLAIM FOR 42 USC 1983 CIVIL VIOLATIONS

7017 2680 0000 2853 3132

Kimberly Bess Trust
11342 South Church Street
Chicago, Illinois Republic

July 8, 2022

To:   Marshall M. Thompson, Real Estate Strategist
      5113 South Harper Ave., 2C
      Chicago, Illinois 60615

RE:   Abandoned Paperwork

## LEGAL NOTICE

### NOTICE TO AGENT IS NOTICE TO PRINCINPAL

### NOTICE TO PRINCIPAL NOTICE TO AGENT

Dear Marshall,

This is a LEGAL and DEMAND by receiving this Notice you are now in Breach of Contract, this information was a Notice of Public Record since April 9, 2014. Proper preparation prevents a poor performance, meaning that a proper investigation before attempting to solicit me into a qausi contract, without my permission. Trespass points to property violations.

This statement is sworn certified statement as true, correct, and complete, not meant to mislead. Therefore, Kimberly Bess known as Claimant is a superior title holder, with superior unalienable rights, and fully competent to state the facts as follows:

We have no contract with you and no authorization for your solicitation, we advised that you do not trespass upon private property via the signs posted, this is considered a second warning the first ones were posted in plain sight; if there is any solicitation further we will seek legal action.

For your reference all notices are posted in Cook County Clerk's Office 118 N Clark St., Chicago, Illinois

1. NOTICE – Affidavit of Reservation of Rights UCC 1-308/ 1-207   **Libor #1421257011**.
   **Violations are $1,000,000.00 per incident** or per 15 minutes or any part thereof.

Therefore this is proper Notice of your responsibility to the knowledge of what has been bestowed upon you for your own investigation. This notice is a Demand to STOP ALL TRESPASS; if you or any of your agents or assigns takes upon yourself to disregard this notice your personal and commercial liability is in jeopardy. This notice gives you ten (10) days to accept and act accordingly or continue to trespass and suffer the consequences of federal court of equity. We look forward to doing business with you in the future.

A false witness shall not be unpunished, and he that speaketh lies shall not escape. Proverb 19:5.

By Bess, Kimberly for Kimberly Bess Trust

Bess, Kimberly Secured Party/ without Recourse

# EXHIBIT I

# LETTER OF SUBROGATION

# 22-CV-

# CLAIM FOR 42 USC 1983 CIVIL VIOLATIONS

SPECIAL                             PRIVATE                          CONFIDENTIAL

Bess, Kimberley appearing for Kimberly Bess
11342 south Church Street
Chicago, Illinois Republic

April 4, 2021

William B. Sullivan
50 W Washington Street, Suite 2142
Chicago, Illinois 60602
RE: case # 2019 CH 13977

## Maximum of Equity

Dear William,

I am Bess ,Kimberley  appearing for Kimberly Bess, to address the foreclosure pending in your equitable court case 2019 CH 13977 via Zoom.  Bess, Kimberley appearing for Kimberly Bess would like,  The Bank of New York Mellon and it's attorney's, acting as the Plaintiff at this time, to certify my right to subrogation and I demand such Rights prior to moving forward,  until this matter is resolved.

Yours truly,

*//S*
_____
Bess, Kimberley appearing for Kimberly Bess

Cc:      Codilis and Associates, P.C.
         150W030 North Frontage Road, Suite 100
         Burr Ridge, IL 60527

# EXHIBIT  J

# POWER OF ATTORNEY – AFFIDAVIT OF POLITICAL STATUS

## 22-CV-

# CLAIM FOR 42 USC 1983 CIVIL VIOLATIONS

Doc#: 1409947033 Fee: $62.25
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 04/09/2014 03:29 PM Pg: 1 of 2

When Recorded:

Mail to: **Kimberly-marie: bess, Agent**

c/o 433 W Harrison #4410

Chicago, Illinois

Zip Code Exempt(DMM 122.32)

# TRUTH AFFIDAVIT

IN THE NATURE OF SUPPLEMENTAL RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C (6)

Grant of Exclusive power of attorney to conduct all tax, business, and legal affairs of principal person.

## DURABLE POWER OF ATTORNEY

I, KIMBERLY BESS, KIMBERLEY BESS, BESS, KIMBERLY or any derivative thereof, SECURED PARTY/CORPORATE FICTION, 15518 MINERVA AVENUE, DOLTON, ILLINOIS 60419, do hereby appoint Kimberly-marie: bess a Living Soul, as Agent with Power of Attorney in Fact, Non-domestic, c/o 433 West Harrison # 4410 [60680-9998] , to take exclusive charge of, manage, and conduct all of my tax, business and legal affairs, and for such purpose to act for me in my name and place, without limitation on the powers necessary to carry out this exclusive purpose of attorney in fact as authorized:

(a) To take possession of, hold, and manage my real estate at 15518 Minerva Dolton, Illinois 60419 , automobiles 2009 Hyundai Sonata and all other property;

(b) To receive money or property paid or delivered to me from any source such as, Social Security Administration, Department Of Labor, OWCP;

(c) To deposit funds in, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds, or certificates of deposits, to endorse checks, notes or other documents in my name; to have access to, and place items in or remove them from, any safety deposit box standing in my name individually or jointly, and otherwise to conduct bank transactions or business for me in my name;

(d) To pay my just debts and expenses, including reasonable expenses incurred by my attorney in fact Kimberly-marie: bess in exercising this exclusive power of attorney.

(e) To retain any investments, invest, and to invest in stocks, bonds, or other securities, or in real estate or other property;

(f) To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities;

(g) To sell, exchange, lease, give options, and makes contracts concerning real estate or other property for such considerations and on such terms as my attorney in fact Kimberly-marie: bess may consider prudent;

(h) To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry.

(i) To provide for the use, maintenance, repair, security, or storage of my tangible property;

(j) To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as my attorney in fact Kimberly-marie: bess may consider prudent; The Agent/Living Soul, Kimberly-marie: bess is hereby authorized by law to act for and in control of the SECURED PARTY/CORPORATE FICTION, KIMBERLY BESS, or any derivative thereof. In addition, through the exclusive power of attorney, to contract for all business and legal affairs of the principal person: KIMBERLY BESS, SECURED PARTY/CORPORATE FICTION.

The term "exclusive" shall be construed to mean that while these powers of attorney are in force, only my attorney in fact may obligate me in these matters, and I forfeit the capacity to obligate myself with regard to the same. This grant of Exclusive Power is Irrevocable during the lifetime of the Agent/Living Soul, Kimberly-marie: bess.

Executed and sealed by the voluntary act of my own hand, this day 31 and month 6 of, 2014. I am.

POA01312014-RB900764688US from KIMBERLY BESS With the copy-claim by/for Kimberly-marie: bess, Agent

This instrument was prepared by Kimberly-marie: bess.

*KIMBERLY BESS*

Acceptance :KIMBERLY BESS, GRANTOR SECURED PARTY SIGNATURE

Executed without the UNITED STATES, I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct. Without Prejudice, UCC 1-207.

I, the above named exclusive attorney in fact, do hereby accept the fiduciary interest of the herein-named SECURED PARTY and will execute the herein-granted powers-of-attorney with due diligence.

Kimberly-marie: bess, Attorney in Fact, With the Autograph

**Witnesses**

## Notice

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

Jurat

Cook county )

ss:

Illinois state )

Subscribed and affirmed before me this 31 day for the _____ month in the year of Two Thousand and Fourteen.

Notary *Claudia Muhammad*

Seal

```
Official Seal
Claudia Muhammad
Notary Public State of Illinois
My Commission Expires 07/17/2016
```

Notary Expires 07/17 20 16

POA01312014-RB900764688US from KIMBERLY BESS  With the copy-claim by/for Kimberly-marie: bess,  Agent

Page 2 of 2

When Recorded Mail to:
kimberly-marie: bess Agent
c/o 433 W Harrison #4410
chicago, illinois near(60680)





Doc#: 1409947034 Fee: $74.25
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 04/09/2014 03:31 PM Pg: 1 of 5

# TRUTH AFFIDAVIT IN THE NATURE OF SUPPLEMENTAL

# RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C (6)

# TRADEMARK/COPYRIGHT

Verified Declaration in the Nature by an Affidavit for Truth in Commerce and Contract by Waiver for Tort Presented by Me, addressee, kimberly-marie:bess, Agent and living soul, one for We the People under Original Common Law Jurisdiction by the Illinois and united states of America Contracts, the Constitutions

Republic and one by the several

ss:                                                               united states

Illinois in America

For: Whom it may concern: In the Matter for the fiction/SECURED PARTY known as: KIMBERLY BESS, KIMBERLEY BESS, K M BESS, KIM BESS; and BESS, KIMBERLY in any and all derivatives thereof. SECURED PARTY is hereafter known as KIMBERLY BESS.   c/o 15518 MINERVA AVE, DOLTON, ILLINOIS 60419

I, Me, My, Myself, addressee, kimberly-marie:bess, (herein after Agent with Power of Attorney to represent the (SECURED PARTY) the undersigned for one We the People, Sovereign, natural born living souls, the Posterity, born upon the land in the one for several counties within the one for the several states united for America, the undersigned Posterity, Creditors, and Claimants, herein after "I, Me, My, Myself, Agent" do hereby solemnly declare, say and state:

1. I, Me, My, Myself, Agent am competent for stating the matters set forth herewith.

2. I, Me, My, Myself, Agent have personal knowledge concerning the facts stated herein.

3. All the facts stated herein are true, correct, complete, and certain, not misleading, admissible as evidence, and if stating I, Me, My, Myself, Agent shall so state.

## Plain Statement of Facts

**A matter must be expressed for being resolved. In commerce, truth is sovereign. Truth is expressed in the form for an Affidavit.**

**An Affidavit not rebutted stands as Truth in commerce. An Affidavit not rebutted, after thirty (30) days,**

KMB52068-TMCR1272014-RB900764688

When Recorded Mail to:
kimberly-marie: bess Agent
c/o 433 W Harrison #4410
chicago, illinois near(60680)
**becomes the judgment in commerce. A Truth Affidavit, under commercial law, can only be satisfied: by**

**Truth Affidavit rebuttal, by payment, by agreement, by resolution, or by Common Law Rules, by a jury.**

**I, Me, My, Myself, Agent** am expressing truth by this Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Waiver for Tort Presented by me, addressee, kimberly-marie:bess, living soul, Agent, one for We the People under Original Common Law Jurisdiction for the Illinois and united states of America Contracts, the Constitutions.

**WHEREAS**, the public record is the highest evidence found, **I, Me, Myself, Agent** am hereby timely creating public record by Declaration with this Verified Declaration in the Nature for a Truth Affidavit in Commerce and Contract for a Tort Waiver Presented by Me, addressee, kimberly-marie:bess, living soul, Agent, one for/under We the People under Original Common Law Jurisdiction for the Illinois and united states of America Contracts, the Constitutions.

1. **Fact**: The person/SECURED PARTY known as KIMBERLY BESS, (and all derivatives thereof) is fiction without form or substance, and any resemblance for any natural born body living or dead is entirely intentional in commercial fraud by Genocide acts for We the People for Illinois by the alleged Government officials and agents for the Commercial Corporation and Commercial Courts for the disfranchising purpose, We the People for Illinois from our Life, Liberty, Property, and Pursuit of Happiness, among other Rights, for their self-enrichment using their Illinois Rules of Civil Procedure 52, outside the law authority and our Courts by original jurisdiction.

2. **Fact**: I have placed a copyright on the Fiction/SECURED PARTY known as KIMBERLY BESS, and all derivatives thereof, is now My private property and cannot be used without My prior written consent, and then only under the terms set out in this contract.

3. **Fact**: The Fiction is My perfected security and registered by contract with me and with the Secretary under State of Illinois as such for five years and is My recorded copyright Fiction by this declaration under original common law jurisdiction for one-hundred (100) years and is My private property, the Agent, for My Estate protection, My Life, and My Liberty.

4. **Fact**: Using My Fiction on any document associated in any manner with My Estate or Me, the holder in due course, Agent, Exempt from Levy, without My written prior consent is strictly forbidden and chargeable against each user and issuer in the amount, the sum certain for one thousand (1,000.00) dollars, silver specie, in lawful coinage for the united states of America per user and per issuer per Fiction.

5. **Fact**: Using My Fiction for the intended gains for themselves (the issuers or users) or for others for any of My Rights, My private property or any part about My Estate without full disclosure and My written prior consent is strictly forbidden and chargeable per each user and issuer, in the amount of the sum

Page 2 of 5

KMB52068-TMCR1272014-RB900764688

When Recorded Mail to:
kimberly-marie: bess Agent
c/o 433 W Harrison #4410
chicago, illinois near(60680)

certain for one million (1,000,000.00) dollars silver specie in lawful coinage for the united states of

America as defined under Article I, Section 10 of We the People's Contract/Constitution for the united

states of America per using Fiction including any past, present, or future use.

**6. Fact**: Using My Fiction on any document associated in any manner with My Estate or Me, the holder

in due course, Agent, and Exempt from Levy, without My written prior consent is all the evidence

required for enforcing this agreement/contract and evidence that any and all users and issuers are in full

agreement and have accepted this agreement/contract under the condition and terms so stated and set

forth herein and is due and payable under the terms and conditions set forth herein by this

agreement/contract.

I, Me, My, Myself, Agent am not an expert in the Law, however I do know right from wrong. If there is

any human being that is being unjustly damaged by any statements herein, if he/she will inform

Me by facts, I will sincerely make every effort and amend My ways.

I hereby and herein reserve the right for amending and make amendment for this document as

necessary in order that the truth may be ascertained and proceeding justly determined.

If any living soul has information that will controvert and overcome this Declaration, since this is a

commercial matter, please advise Me IN WRITING by DECLARATION/AFFIDAVIT FORM within ten

(10) days from recording hereof, providing Me with your counter Declaration/Affidavit, proving with

particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely

the ultimate facts and law conclusions, that this affidavit by Declaration is substantially and materially

false sufficiently for changing materially My or the Fiction's status and factual declaration.

Your silence stands as consent, and tacit approval, for the factual declarations here being established as

fact as a law matter and this affidavit by Declaration will stand as final judgment in this matter; and for

the sum certain herein stated and will be in full force and effect against all parties, due and payable and

enforceable by law. The criminal penalties for commercial fraud are determined by jury, by law, the

monetary value is set by Me for violation against My rights, for breaching the law, the contract, the

Constitutions in the sum certain amount as stated herein for dollars specie silver coin lawful money for

the united states of America as defined by Article I, Section 10 under the Constitution, by We the People

for the united states of America and will be due and payable on the eleventh day or any day thereafter

as use occurs after filing by Me, in the public records for the county of Cook state of Illinois, under this

declaration.

The Undersigned, I, Me, My, Myself, the Agent holder in due course for original, do herewith declare,

state and say that I, Agent, issue this with sincere intent in truth, that I, Me, the undersigned Agent, am

Page 3 of 5

EXHIBIT J

**When Recorded Mail to:**
**kimberly-marie: bess Agent**
**c/o 433 W Harrison #4410**
**chicago, illinois near(60680)**

competent by stating the matters set forth herein, that the contents are true, correct, complete, and certain,

Admissible as evidence, reasonable, not misleading, and by my best knowledge, by me undersigned

Addressee.

**Notice for the agent is notice for the principal and notice for the principal is notice for the agent.**

**Notice for the county clerk for the county state of Illinois, and record court for original**

**Jurisdiction, is notice for all.**

This instrument was prepared by kimberly-marie:bess.

Acceptance:

KIMBERLY BESS, GRANTOR

SECURED PARTY SIGNATURE      *KIMBERLY BESS*

Executed without the UNITED STATES, I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct. Without Prejudice, UCC 1-207.

kimberly-marie: bess, Agent,
Attorney in Fact, With the Autograph
Non Domestic, DMM 122.32
c/o 433 W Harrison #4410
chicago, illinois

Witnesses

By Marcia E. Jo...      By George B...

By: Jeff S...

## Notice

*Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner.*

*The purpose for notary is verification and identification only and not for entrance into any foreign*

*jurisdiction.*

Page 4 of 5

KMB52068-TMCR1272014-RB900764688

Exhibit 3 796

**When Recorded Mail to:**
**kimberly-marie: bess Agent**
**c/o 433 W Harrison #4410**
**chicago, illinois near(60680)**

## Jurat

Cook county )

) ss:

Illinois state )

Subscribed and affirmed before me this 3/ day for the ___ month in the year of Two Thousand and Fourteen, A.D.

*Claudia Muhammad*

Notary

07/17/2016

My Notary Expires _

Seal

Official Seal
Claudia Muhammad
Notary Public State of Illinois
My Commission Expires 07/17/2016

Page **5** of **5**

KMB52068-TMCR1272014-RB900764688