# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Kimberly Bess,

  Plaintiff(s),

v.

State of Illinois, *et al.*,

Defendant(s).

Case No. 22 C 3939
Judge Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

  which ☐ includes     pre–judgment interest.
  ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of State of Illinois, Enrest Colilis Jr., Jason Shulman, Julie DeJong, James Bernhard, William B. Sullivan, The Bank of New York Mellon, Codilis and Associates, P.C., Carrington Mortgage Services, LLC, Seem Group, Pamel Murphy–Boylan, Judicial Sale Corporation, Marshall Thompson of MMT Services and Third party Buyers, and against Kimberly Bess..

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Martha M. Pacold

Date:  8/4/2022

Thomas G. Bruton, Clerk of Court

Claire Newman, Deputy Clerk